IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

AT MEMPHIS



RECEIVED

MAR 27 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

JEREMY JAMES DALTON — PLAINTIFF

V.

STATE OF TENNESSEE et. al.

FENTRESS COUNTY et. al.           } DEFENDANTS

JOHN / JANE DOES et. al.

STEMMING FROM CASE NO. 19-85
OUT OF FENTRESS COUNTY, TENNESSEE
§1981, §1983, §1985 §1986, §1988
CONSPIRACY TO DEPRIVE CITIZEN RIGHTS
CONSPIRACY TO DEFRAUD A TEMPLE OF JUSTICE
SALE INTO INVOLUNTARY SERVITUDE / PEONAGE
CONSPIRACY TO OBTAIN CONVICTION BY FRAUD

# TABLE OF CONTENTS

5. FINACIAL AFFIDAVIT / TRUST FUND PAPERS 2 PGS / NEW TRIAL SERVICE PROOF 2 PGS

1. 72 PAGE COMPLAINT

2. EVIDENCE / DOCUMENTATION

(1) A. MOTION TO WITHDRAW FROM JURY DEATON

(2) A-1 REQUEST TO CERTIFY ACCOUNT

(3) A-2 REQUEST FOR ACCESS TO WESTLAW

(4) A-3 2 PG GREIVANCE ON LAWSUDICS

(5) B1, B2 NARRATIVE EVIDENCE LOG PRIOR TO NIGHT BEFORE TRIAL

(6) B3, B4 NARRATIVE EVIDENCE LOG NIGHT BEFORE TRIAL

(7) C BLACK AND WHITE KNIFF NO. 7 PHOTO

(8) 2 PG LETTER OF RETIREMENT

(9) 3 PG TRU REQUEST IN CASE 2, 19-CV-00085 FROM 6-15-20

(10) ORDER FROM 6-15-20

(12) ORDER FROM 2-8-21

(13) 7 PG PRELIM NARRATIVE PREPARED BY STATE OF TENNESSE

(14) TRUE BILL CASE NO. 19-85

(15) 2 PAGE CERTIFICATE OF NEED

(16) AFFIDAVIT ACCESS TO COURT ROANE COUNTY

(17) L PGS DOCUMENTS ABOUT ACCESS TO COURT ISSUES IN ROANE

ON BACK



(18) G3   HOSPITAL PAPER SHOWING WOUND ADMITION

(19) G4   COLOR PHOTO OF ALLEGED CASE USED

(20) 2 PG TRANSCRIPT PG 58-65 SHOWING 4/3/19 DISCOVERY OF 2ND KNIFE

(21) P, P1  2 CRIME SCENE RENDITION

(22) S   OVER CHARGE CONFESSION

(23) T1, T1A, T1B   TBI REPORT FROM UNDER HASLAM SHOWING UNDERWEAR

(24) T2, T2A, T2B   TBI REPORT UNDER LEE NOT SHOWING UNDERWEAR

(25) T3   EVIDENCE WAY (?) FALSIFIED

(26) T4   ACTUAL CHAIN COC FROM TBI

(27) $\triangle$, $\square$, $\square^2$   PROOF OF FALSIFIED SIGNATURES OF CANDY WRIGHT
           (WARRANTS)

(73) ACCESS TO COURTS AFFIDAVIT OBY COUNTY

(74) JUDGE PARTIALITY AFFIDAVIT

(75) TRANSCRIPT 5-18-20, 8-31-20  10-12-20 DENOTING VIOLATIONS
        AND ILLEGAL ACTIONS



THE PLAINTIFF IS LOCATED AT 252O UNION SPRINGS RD
WHITEVILLE, TENNESSEE 38075   MAILING
                                        P.O BOX 549
PRISON INMATE **ID** #288831   WHITEVILLE, TN 38075



PARTIES / DEFENDANTS CULPABLE

RECEIVED

MAR 27 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

① STATE OF TENNESSEE
② FENTRESS COUNTY
③ SHANE SEXTON - PRIOR CRIMINAL COURT JUDGE
     ADDRESS - UNKNOWN
④ BARBARA DAVIS
     194 BROWN DRIVE
     JACKSBORO, TN 37757
⑤ FRANK C SHALLOCK > 423-426-2382
   MELONIE SHALLOCK   schallock53@gmail.com
        SHALLOCK REPORTING SERVICES
             CHUCKY, TENNESSEE
⑥ VICKI REAGAN
     140 JUSTICE CENTER DRIVE   931-879-7919
     JAMESTOWN, TN 38556
⑦ EARL CRABTREE
     140 JUSTICE CENTER DRIVE   931-879-7919
     JAMESTOWN, TN 38556
(7.1) ALL JANE, JOHN DOES YET TO BE DISCOVERED





(8) IVY GARDNER    98 FLMO DRIVE CROSSVILLE, TN 38555 -
                    931-484-2889

(9) PHILIP KAZEE    P.O. Box 321 JAMESTOWN, TN 38556
                    225 N. CENTRAL AVE JAMESTOWN TN 38556

(10) HAROLD OHARN   P.O. BOX 1540 JAMESTOWN TN 38556

(11) MAX HUFF       199 LITTON RD ONEIDA, TN 37841

(12) LESLIE LEDBETTER 6890 S. YORK HIGHWAY CLARKRANGE, TN 38553

(13) ROANE COUNTY
                    230 N. 3RD STREET KINGSTON, TN 37763

(14) FENTRESS COUNTY SHERIFFS DEPARTMENT
     140 JUSTICE CENTER DRIVE      [ALL EMPLOYEES]
     JAMESTOWN, TN 38556

(15) JAMESTOWN CITY POLICE
     MAIN STREET                   [ALL EMPLOYEES]
     JAMESTOWN, TN 38556

(16) ALL JURYS IN CASE # 19-85

(17) ELIZEBETH ASBURY  CHANCELY COURT JUDGE FENTRESS

(18) JEFFERY RENSLEY   US DISTRICT MAGISTRATE

(19) WAVERLY D. CRANSHAW JR. US DISTRICT JUDGE

(20) JEFFERY WICKS - ROANE COUNTY CIRCUIT JUDGE

(21) ROANE COUNTY SHERIFFS DEPARTMENT
     230 N 3RD STREET KINGSTON, TN 37763
          ALL EMPLOYEES AT TIME OF CONSPIRACY

(22) LOCAL MASON LODGE UNDER F&AM
     LODGE #281   214 N. STREET JAMESTOWN TN 38552
          [ALL MEMBERS]

RECEIVED

MAR 27 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## COMPLAINT

COMES NOW, JEREMY JAMES DALTON, BEFORE THIS HONORABLE UNITED STATES DISTRICT COURT, IN ACCORDANCE WITH 42 USC § 1981, § 1983, § 1985 § 1986, § 1988, ARTICLE (III) OF THE CONSTITUTION OF THESE UNITED STATES OF AMERICA, AMENDMENT (1) AND (13) AND 14 OF THE U.S. CONSTITUTION, ARTICLES OF CONFEDERATION, THE COURT REPORTER ACT § 753(b), § 371, § 1001 § 1031, § 1341, § 1506, § 1509, § 1510 § 1581, § 1584, § 1593 & § 1595, § 1621, § 1622, § 1623, § 2071, § 2073, RULE 9 AND RULE 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE, ARTICLE (I) SECTION (33) OF THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE, T.C.A § 40-14-101, T.C.A § 4-1-107 PRINCIPLES OF EQUITY AND JUS DIVINUM, IN ORDER TO OBTAIN REDRESS AND REMEDY AT LAW FOR THE EXTRA-ORDINARY CIRCUMSTANCES CONTAINED IN THIS COMPLAINT, INVOLVING STATE TYRANNY AND OPPRESSION IN THE SALE OF A CITIZEN OF THE UNITED STATES OF AMERICA INTO INVOLUNTARY SERVITUDE AND PEONAGE, WHEREIN MAGNA EST VERITAS PRAEVALE BIT.

## I. ALLEGATIONS / ASSERTIONS

THE STATE OF TENNESSEE, FENTRESS COUNTY AND

(1)

AN UNKNOWN NUMBER OF JOHN/JANE DOES, HAVE CONSPIRED TO DEPRIVE A CITIZEN OF THESE UNITED STATES OF AMERICA OF EQUAL PROTECTION OF THE LAWS, HIS PRIVILEDGES AND IMMUNITYS UNDER "THE COLOR OF LAW".

CONSPIRATORS HAVE INJURED, OPPRESSED, THREATENED AND INTIMIDATED THIS CITIZEN IN THE EXERCISE OF HIS RIGHTS PRIVILEDGES AND IMMUNITYS AS A CITIZEN OF THESE UNITED STATES OF AMERICA UNTO A POINT OF OBTAINING A CONVICTION IN A "SHAM" PROCEEDING WITHIN A TEMPLE OF JUSTICE IN THIS COUNTRY DEFILING IT IN AN EGREGIOUS ERROR OF FRAUD WHICH THE PLAINTIFF CAN NOW PROVE IN PREPONDERANCE EVEN BEYOND A REASONABLE DOUBT, SO HELP ME GOD.

CONSPIRATORS HAVE COMMITTED MANY ACTS IN FURTHERANCE OF THIS CONSPIRACY, THE LIKES OF WHICH, EVEN NOW IN CONTINUUM, IS SO PREVENTING THE PLAINTIFF FROM OBTAINING ANY REDRESS OR REMEDY AT LAW IN A COURT OF THE STATE OF TENNESSEE DUE TO ITS COMPLEXITY AND DYNAMICALLY SHIFTING SCHEME OF WHAT IS DESPOTISM BEING THE OBJECT THEREOF EVEN

(2)

THE SALE INTO INVOLUNTARY SERVITUDE AND PEONAGE OF A CITIZEN OF THIS COUNTRY IN SOME CONVOLUTED SENSE OF WHAT JUSTICE OUGHT TO RESEMBLE TO THEM IN A COURT OF LAW.

THIS HAVING BEEN DONE UNTO THE PLAINTIFF AS A CITIZEN AND AS A CLASS OF CITIZEN SUCH AS A FEDERALIST, A MINISTER OF THE GOSPEL, A RESISTER TO STATE OPPRESSION AND TYRANNY, A CHRISTIAN AND A CITIZEN SEEKING TO EFFECT THE OBJECT(S) IN THE PREAMBLE TO THE CONSTITUTION OF THESE UNITED STATES OF AMERICA.

THE PLAINTIFF IS SUFFERING AND WILL CONTINUE TO SUFFER INJURY, OPPRESSION, INTIMIDATION AND ILLEGAL IMPRISONMENT W/O INTERVENTION OF THE DISTRICT COURT WHICH IS NECESSARY TO EFFECT ANY KIND OF JUSTICE FOR WHAT HAS OCCURED AND PERSON ET HAEC OLIM MEMINISSE JUVABIT.

II   PREVIOUS ACTIONS AND LAWSUITS

(1) COMPLAINT TO CIVIL RIGHTS DIVISION OF THE DOJ
    168-71-0166706
REPLY FILED 7/30/2019 FROM SECTION CHIEF STEVEN ROSENBAUM
FROM SPECIAL LITIGATION SECTION OF THE CIVIL RIGHTS DIVISION



CONSPIRACY ALLEGED AGAINST VARIOUS OFFICIALS THAT
DID ENCOMPASS THE DISCOVERY OF CLASSIFIED DOCUMENTS
PERTAINING TO CENTRAL AMERICA, SOUTH AMERICA AND EVEN
AFGHANISTAN DURING THE RUSSIAN INVASION.

② WRIT OF HABEAS CORPUS PETITION
    FILED 10/5/2018    CASE NO 2018-CR-89

    CONSPIRACY ALLEGED AND FILED IN MORGAN
COUNTY, THE NEXT COUNTY OVER DUE TO FENTRESS
COUNTIES PROPENSITY TO DEPRIVE CITIZENS OF THEIR
CONSTITUTION DUE PROCESS IN COURT.

    DISMISSED ON NOV. 14, 2018 FOR NONE OTHER
REASON THAN "RESPONDANTS MOTION WAS WELL TAKEN"

③ PETITION FOR HABEAS CORPUS IN DISTRICT COURT
    CASE NO 2:20-CV-00022    JUDGE TRAUGER
    FILED 4-16-20
    CONSPIRACY ALLEGED OF ILLEGAL IMPRISONMENT,
TO FORCE A PLEA TO FALSIFIED CHARGES. A CONSPIRACY
"REMINISCENT OF THE CRIMINAL UNDERWORLD" WHICH
WAS CONSTRUED AS A "SPEEDY TRIAL" VIOLATION
UNDER § 2241.

    DISMISSED W/O PREJUDICE, NOT AVAILED OF STATE MACHINERY
    6/2/20
                    ⑨

(3.5) PETITION FOR MERCY, HOPE AND COMMON DECENCY
IN GENERAL SESSIONS OF ROANE COUNTY TENNESSEE

NO CASE NUMBER OTHER THAN QUOTATION
"NO CASE PENDING IN ROANE COUNTY"

PETITION SETTING FORTH CIVIL RIGHT VIOLATIONS
PERTAINING TO ACCESS TO COURTS AND PRESENTING
A DEFENSE W/THEREAS LEGAL MATERIALS AND CASE
EVIDENCE WAS BEING KEPT FROM THE DEFENDANT
AGAINST THE LAW.

COMPLAINTS OF HUMAN RIGHTS VIOLATIONS GENERALLY
SETTING FOR A CONTINUUM OF CONSPIRACY TO DENY
CONSTITUTIONAL RIGHTS PRIVILEGES AND IMMUNITIES
THOUGH NOT IN EXACT TERMINOLOGY.

DISMISSED ON 6-16-20 FOR WANT OF
JURUDICTIONAL BASIS TO PROVIDE RELIEF

⑤

④. PETITION FOR WRIT OF CERTIORARE IN COURT OF
CRIMINAL APPEALS   CASE NO M2020-01280 CCA-WR-CO

CONSPIRACY ALLEGED TO PREVENT DUE PROCESS AND
REDRESS OR REMEDY AT LAW [SEE PG 2-4 WRIT
OF CERTIORARE]

COMPLAINTS OF SPEEDY TRIAL ERRORS INVOLVING COURT
DATES SCHEDULED THAT WERE PUT OFF W/O NOTICE OR
RIGHT TO BE HEARD. IT WOULD BE MONTHS BEFORE
THE DEFENDANT GOT TO COURT AND BY THAT TIME
A MATERIAL DEFENSE WITNESS HAD DIED AND THE
ALLEGED VICTIM DIED SOON THEREAFTER.

COMPLAINTS OF BEING MOVED TO DIFFERENT JAILS IN
THE MIDST OF COVID 19 PROTOCOLS AGAINST SPREAD OF
CONTAGION.

DISMISSED ASSERTING THERE WERE CLEAR AVENUES
OF APPELLATE REVIEW AND PLEADING DIDN'T CONFORM
OR COMPLY WITH PROCEDURAL REQUIREMENTS OF
THOSE RULES.

⑤ PETITION FOR WRIT OF HABEAS CORPUS FILED IN
JEFF WICKS COURT (CIRCUIT) IN ROANE COUNTY, TN.
FILED 11/25/20

⑥

PETITION ALLEGING STILL A CONSPIRACY
TO DENY CONSTITUTIONAL RIGHTS AND AFFECTING
SPIRITUAL INTERESTS IN ILLUMINATION OF THE
CONSPIRACY TO PROMOTE FUTURE INTEGRITY AND
TRUTH BEING FOUND IN THE HALLS OF JUSTICE.

COMPLAINTS OF UNLAWFUL IMPRISONMENT
BY FRAUDULENT MEANS INVOLVING LIES AND
DECEIT WHICH CAN NOW BE PROVEN W/O
DOUBT, SO HELP ME GOD.

A 76 PG PETITION ADDRESSING MULTIPLE
LEVELS OF CONSPIRACY TO DEPRIVE THE
DEFENDANT IN THE CRIMINAL CASE, OF HIS
RIGHTS, BY OFFICIALS OF THE EXECUTIVE
BRANCH.

DISMISSED UPON CONSTRUING PETITION OF A
COMPLAINT OF A "HOLDING DEAL" WHICH WAS
LUDICROUS.

ⓒ    T.R.A.P. 10 EXTRA-ORDINARY APPLICATION
      FILED   AUGUST 2021   CASE NO. M2021-00941-CCA-R16-CD
                                      M2021-00941-CCA-R16-CD

      APPLICATION ATTEMPTING TO OBTAIN
      TRANSCRIPTS FROM WHICH TO PROVE A



SPEEDY TRIAL VIOLATION ALONG WITH PERJURY.

DEFENDANT WAS GETTING SUSTAINED POSITIVE
MOTIONS FOR TRANSCRIPTS BUT ACTUAL ORDERS
WERE NEVER ISSUED AND TRANSCRIPTS WERE
BEING DENIED IN A CREVASSE OF ILLEGALITY
LEAVING NO REMEDY, HENCE EXTRA-ORDINARY
NATURE.

TRANSCRIPTS THE DEFENDANT IS STILL BEING
DENIED BECAUSE THEY PROVE THE CONSPIRACY
EVEN MORE SO BECAUSE COURT ORDERS ARE REFLECTING
COMPLETE FALSIFICATION PORTRAYING AGREEMENT
BY THE DEFENDANT TO CONTINUANCES WHEN
HE WAS NEVER EVEN GIVEN NOTICE LET ALONE
AN OPPORTUNITY TO BE HEARD.

MANDAMUS TO COMPEL ALSO REFUSED BECAUSE
I COULDN'T PROVE TRANSCRIPTS WERE BEING
DENIED BECAUSE NO ACTUAL ORDERS WERE
GIVEN OUT AND TRANSCRIPTIONS WERE UNAVAILABLE
TO SHOW PROOF, CATCH-22.

I CALD NOT PROVE "ARBITRARY" FASHION AND
DISMISSED BECAUSE I COULDN'T PROVIDE ANY
ORDERS ON TRANSCRIPTS, TO WIT, CATCH-22.
                    DISMISSED 8-20-21
              ⑧

(7) PETITION FOR WRIT OF POSSESSION
CASE NO. 2021-CH-105

PETITION SEEKING TO RE-OBTAIN POSSESSION
OF A TELEPHONE BOOK GIVEN TO THE DEFENSE
FOR FILING OUT RULE 17 MOTION'S FOR SUB-
PEONAS.

JAIL TOOK IT ALONG WITH ALL OTHER CASE
MATERIALS ALL THE WAY DOWN TO EVEN
WRITING MATERIAL. A PROBLEM SUFFERED
THE DEFENSE EVERYTIME HE WAS MOVED
AT EACH STAGE OF THE TRIAL MECHANISM.

AFTER PRETRIAL-MOTIONS THE DEFENDANT
WAS MOVED TO BLOUNT COUNTY AND PUT
IN 23-1 LOCKDOWN WITH NO ACCESS
TO LAW WHATSOEVER ASIDE FROM 30
MIN TWICE A DAY TO BE SHARED
WITH 2 OTHER CELLMATES ON THE
SAME MACHINE COMMISSARY AND
REQUESTS WERE DONE ON.

RESPONSE ONLY CAME AFTER TRIAL DUE
TO CONSPIRACY TO DENY COURT APPEARANCE
AND RIGHT TO BE HEARD INDICATIVE OF THE



ENTIRE SCHEME OVERALL↓

DISMISSED ?  WAS SENT TO PRISON BEFORE
ANY FURTHER PROCESS CAME AND NO NOTIFICATION
HAS CAME HENCE.

(8.)  PUBLIC RECORDS / MANDAMUS PETITION
CIVIL ACTION NO 19-85          FILED 5-4-20
FENTRESS COUNTY CHANCERY COURT

MANDAMUS PETITION SEEKING TO COMPEL
PRODUCTION OF STATISTICAL DATA REQUIRED
BY THE ADMINISTRATIVE OFFICE OF THE
COURTS OF TENNESSEE OF ALL COURTS IN
FENTRESS COUNTY.

FORMS TJIS / CIS, TJIS GSCRI

DEFENSE WANTED TO PROVE STATISTICALLY THAT
SENTENCING AND JUDGMENT IN FENTRESS
COUNTY COURTS WAS BEING DONE FOR PROFIT /
PEONAGE BY SALE INTO INVOLUNTARY SERVITUDE
TO WIT, SLAVERY IN FENTRESS COUNTY.

APPEAL M 2020-01658-COA-R3-CV



DISMISSED ON TECHNICALITYS AND FAILURE TO PROCEED WITH RULE 27 OF APPELLATE PROCEDURE. ALSO BECAUSE DEFENDANT FAILED TO SHOW IN CHANCERY COURT AFTER NOTICE OF HEARING IN JAIL, TO WIT, CATCH-22.

(8) COMPLAINT TO BOARD OF JUDICIAL CONDUCT
FILE NO B20-8264

COMPLAINT ALLEGING JUDGE SHANE SEXTONS VIOLATION OF JUDICIAL ETHICS AND DUE PROCESS PERTAINING TO SCHEDULED COURT APPEARANCES THAT WERE PUT OFF W/O THE DEFENDANT HAVING BEEN NOTIFIED OR GIVEN A RIGHT TO BE HEARD.

(9) MOTION FOR TRO DISTRICT COURT
CASE NO 2; 19-CV-00085

TEMPORARY RESTRAINING ORDER SOUGHT TO PREVENT BEING MOVED FROM JAIL TO JAIL BECAUSE OF THE HARDSHIP UPON THE DEFENDANT ALLOWING SUBVERSIVE TACTICS TO WIN CASE(S) I HAD GOING.

THIS PARTICULAR MOTION WAS NOTORIZED

(17)

ON A DAY COURT ORDERS IN FENTRESS COUNTY
CRIMINAL COURT SAY I WAS THERE, WHEN
IN FACT I WAS IN ROANE COUNTY EVIDENCED
BY THE NOTARY SEAL.

THE DAY IN QUESTION BEING JUNE 15, 2020
AN IMPORTANT PRE-TRIAL MOTION DAY THAT WAS
PUT OFF WITH COURT ORDERS SAYING I AGREED TO
IT AS IF I WAS IN COURT IN FENTRESS COUNTY,
TO WIT, I REFUTABLE PROOF OF FRAUD AND
"SHAM" PROCEEDINGS IN CASE NO 1985.

MOTION NOT SUSTAINED

(10)  BBB  COMPLAINT ON PREMIER PROTECTION SERVICES
#8074492

COMPLAINT ALLEGING BEING SOLD OUT UNTO
CONSPIRATORS TO OBTAIN CONVICTION BY
FRAUD

COMPLAINT LODGED BY BETTER BUSINESS BUREAU

(11)  MEDICAL LAWSUIT ON SOUTHERN HEALTH PARTNERS
AT FENTRESS COUNTY JAIL. CASE NO 2;19-CV-00085



SUIT TO OBTAIN HEP-C MEDICATION THAT WAS
BEING DENIED.

IN RETROSPECT, FRAUD WAS COMMITTED IN
A UNITED STATES DISTRICT COURT BY OFFICIALS
INVOLVED IN THIS CRIMINAL CASE.

FRAUD SURROUNDS A SCHEME TO DEFEAT THE SUIT
UNDER R.L.R.A RESTRICTIONS AND GRIEVANCE
PROCEDURES BEING EXHAUSTED PRIOR TO SUIT.

ONE GRIEVANCE POLICY WAS FOLLOWED, YET WHEN
SUIT BECAME REAL, TENTRESS COUNTY OFFICIALS
CREATED A FRAUDULENT POLICY THAT ADDED
SEVERAL STEPS IN THE PROCESS OF GRIEVANCE
SO THE SUIT COULD BE WON WITH AN AFFIRMATIVE
DEFENSE FROM NON-EXHAUSTION.

PROOF OF THE FRAUD WASN'T OBTAINED UNTIL TRIAL
WHEN THE ACTUAL GRIEVANCE POLICY WAS SWORN
TO BY THOSE WHOSE SIGNATURES WERE ATTACHED
TO ADOPTING THE T.C.I POLICY CONTAINING THE
SAME PROCEDURE 1 FOLLOWED, BUT A DIFFERENT
PROCEDURE THAN WHAT WAS SWORN IN DECLARATION
TO IN FEDERAL COURT.

13

## II. STATEMENT OF THE CASE

IN TRUE LIGHT, ONLY TRUTH CAN WITNESS UNTO EVENTS TO WHICH JUSTICE IS INDEBTED TO, THIS BEING SUCH A CASE AS WELL, WHEREIN, THOSE WHOM ARE SUPPOSED TO STAND GUARD OVER THE SONS OF MEN INSTEAD PERVERT THEIR WAYS FOR THE SAKE OF SOME SPIRIT ALIEN THE THE RACE OF MEN, YET HAVING ALSO FORGOTTEN THAN ALMIGHTY GOD RULES IN THIS KINGDOM.

HAVING BEEN RELEASED FROM FEDERAL PRISON AND RETURNING INTO A HOMETOWN WHERE ALL THINGS WERE AWRY IN SUCH A WAY WHERE IN MY INCESSANT ATTEMPTS TO AGAIN ATTEMPT TO BUILD SOME IGNORANCE OF THE MIND, I FOUND MYSELF BEING THUS CALLED INTO, INTER ALIA, A-MID A NET-WORK OF CORRUPTION WHICH EVEN BROUGHT A CHANGE IN WHO I WAS AS SUCH A CALLING DID INDEED BEING PURPOSE TO A DARK HOLE I HAD BEEN TRYING TO FILL WITH DRUGS WOMEN AND PLAN STUPIDITY,

HAVING COME FACE TO FACE WITH THE REALITY THAT THE SHERIFF IN YOUR COUNTY WAS THE BIGGEST

(14)

PIMP AND YOUR ONLY **COMPETITOR** PUTS A MAN IN
A DIFFERENT LIGHT THOUGHT OF A GREATER CALLING
FINALLY BECOMING. [SEE U.S. V CHUCKY CRAVENS]

I THANK GOD FOR BLESSING ME WITH THE INTELLIGENCE
NECESSARY TO EVEN UNDERSTAND LAW ENOUGH TO BE ABLE
TO ARTICULATE WHAT HAS OCCURED, THOUGH IT DOES
ALSO BRING PAUSE AS DESTINY COMES CLASHING
AGAINST THE WILL OF MAN TO ACHIEVE HIS OWN
BITTER DESTRUCTION WHETHER IN IGNORANCE OR NOT.

IN ESSENCE, AND IN TRUTH, THIS CONVICTION WAS
ONLY OBTAINED BECAUSE OF THE LEVEL OF CORRUPTION
THAT ALLOWS AN ABSTRACT DESIGN THAT ESCAPES THE
MIND OF MEN WHOM SERVE ONLY THEIR LUSTS AND
DESIRES WHILE THOSE GUILTY KNOWING OR INDEED
KNOW THE TRUTH OF GOD AND HIDE THE KEYS SO
THOSE WHOM MIGHT ENTER INTO SERVICE IN REMEDIAL
CAN'T FOR THE CONFINES OF THE DARKNESS LAWYERS
PURVEY IN THE HALLS OF JUSTICE WHEN IT ISN'T
TRUTH, AMOR LET HONOR THEY ARE OFTEN AVENUES
OF SELFISH ENDEAVOR NOT OF THE GREATER GOOD
BORNE ONLY OF DARKNESS WITHIN THEIR HEART AND EVEN
EVIDENCING SUCH.

(15)

BECAUSE OF THE NATURE OF THE COMPLEXITY OF
PROVING THE MENS REA OF INTENT REQUIRED FOR
PREMEDITATION, THIS CONSPIRACY INCLUDES THE VERY
FRAMEWORK THAT NOW ILLUMINATES WHAT OCCURRED
IN WHAT SOME CASES CALL PREORDAINMENT WHICH IS
NOT AT ALL ALIEN TO CASE LAW AT ALL.

THE INFERENCE OF DECISIONAL LAW, OF PREMEDITATION,
WAS PROVEN ONLY BY THE INFERENCE OF THE USE OF
MULTIPLE WEAPONS WHILE JUSTIFICATION WAS ALSO
DEPRIVED WHEN ARTICLES OF CLOTHES AT THE CRIME
SCENE WERE CHANGED THINKING SUCH COULDN'T BE PROVEN
EVEN NOW.

JEREMY MIFLIN
ROGER NOBELS    EVIDENCE NOW PROVES THAT THE INFERENCE OF THE
PHILIP WADE     USE OF MULTIPLE WEAPONS WAS WHOLLY FICTICIOUS AND
LUTHER BYES     WHEN BURDENS OF PROOF AND STANDARDS ARE HELD
IN LIGHT, WHAT THEY THOUGH WAS A COMPLEX FRAME
BECOMES A ROADMAP TO THEIR ACTION AND A GUIDE
RIGHT TO THE GUILTY PARTIES, TO WIT, JUS DIVINUM.

TO BE SUCCINCT, ATTACHED IS THE TRANSCRIPT
FROM 4/5/19 WHICH ON LN 23-LN 6 ON PG 64
AND 65 OF TRANSCRIPT ATTACHED IT SHOWS THAT THE
SECOND KNIFES KNOWLEDGE ONLY CAME ABOUT ON 4/5/19.

(16)

ATTACHED ALSO IS B1-B4 WHICH ARE NARRATIVES
AND EVIDENCE (LOGS, [B1] AND [B2] WERE WHAT WAS
GIVEN TO DEFENSE PRIOR TO THE NIGHT BEFORE TRIAL
AND AS THIS COURT CAN SEE NO EVIDENCE LOG IS
EVEN DENOTED. [SEE BOTTOM OF B2]

[B3] AND [B4] WAS GIVEN TO DEFENSE THE NIGHT
BEFORE TRIAL ALONG WITH HUNDREDS OF OTHER PAPERS
THAT THE PRIVATE INVESTIGATOR HAD COPIED FROM THE
PROSECUTORS FILE [PHILIP KREE.]    NOW IT CAN
BE SHOWN THAT  BOTH KNIVES WERE WHILE IN
THE EVIDENCE AT FENTRESS COUNTY ON [1/7/19]

THIS MEANS, PRESUMPTIVELY BY (MV), THAT THERE WAS
A CONSPIRACY TO DEFRAUD A UNITED STATES COURT
[INFERIORE] ACCORDING TO THE US CONSTITUTION AND
THE JUDICIAL ACT OF 1789 AND HOLD A "SHAM" TRIAL
WITH BOGUS EVIDENCE.

ATTACHED IS A PICTURE OF KNIFE NO. 7 [SEE
BLUE INDICATION] IN COMPARISON WITH NO. 7 ON
[B4] NO. 3471, IN LIGHT WITH THE 4/3/19 TRANSCRIPT
WHICH IS WHEN IT WAS FIRST EVEN BROUGHT UP 3
MONTHS AFTER IT WAS ALREADY IN EVIDENCE, TO IT,
INTENT PRESUMED.

(17)

PROBATIVE OF THIS N COMPARISON OF DATES OF THE TRANSCRIPT OF 4/3/19 AND THE EVIDENCE DATE ON THE BAG 1/15/20 IN LIGHT WITH COMMON SENSE WHICH BEGS THE QUESTION "IF EVIDENCE WAS OBTAINED ON 4/3/19 WHY DID IT TAKE 9 MONTHS TO LOG IT INTO EVIDENCE?" A SETTER QUESTION, "HOW WAS IT LOGGED INTO EVIDENCE 3 MONTH PRIOR TO EVEN KNOWLEDGE OF IT.?

MOREOVER, ALSO ALLEGES TO HAVE BEEN USED WAS A CANE [SEE ATTACHED PICTURE LABELED Q IN (#53) LEFT] COMPARE WITH PROSECUTOR NOTES OF THE PRELIM [PG 3 AT Q°]. [COLOR PICTURE INCLUDED IN Q4]

THE STORY WAS THAT I HAD HIT HIM ACROSS THE BRIDGE OF THE NOSE AFTER HAVING STABBED HIM IN THE HEAD ONCE HE CAME OUT OF THE BATHROOM.

ATTACHED IS [Q³] WHICH IS A DOCTORS REPORT THAT HAS EVEN THE OWN NARRATIVE ABOUT HOW THE INJURY TO HIS NOSE OCCURRED THAT NIGHT. [SEE HIGHLIGHTED NOTATION]

WHAT ALLOWED ALL OF THIS TO BE DENIED AS PROOF AT COURT WAS THE FACT AN IRISH GANGSTER

(18)

HAS PREVIOUSLY OWNED THE HOSPITAL WHERE THIS
WAS DONE AND A FEDERAL INVESTIGATION CAUSED
THE HOSPITAL TO BE SHUT DOWN DUE TO SOCIAL SECURITY
FRAUD, SO COUPLED WITH THE OUTLANDISH SUBPOENA
SCHEME INITIATED BY THE CRIMINAL COURT, I WAS NEVER
ABLE TO EVEN GET THIS STUFF INTO COURT, THOUGH THAT
DOES NOT CHANGE THE VERACITY OF DOCTOR PEPPERS
THAT PROVE NO CANE WAS USED,

PROBATIVE OF THE CONSPIRACY INVOLVING THIS CANE, WAS
THE FACT THAT ONLY THE PICTURE EXISTS WHEREAS NO
TESTING WAS DONE AND THE PICTURE (IN COLOR) DOES
CLEARLY SHOW NO BLOOD WAS ON A CANE ALLEGEDLY
USED ON SOMEONE STABBED IN THE HEAD AND EVEN
BLEEDING PROFUSELY FROM THE WOUNDS,

PROBATIVE STILL, IS THE FACT THAT THE INTERVIEW OF
LUTHER BYRD SHOWS HIM TRYING TO GIVE THEM THE
CANE MONTHS LATER AND ASKING ABOUT HIS MOTHERS
4 PRONG CANE THEY TOOK THAT NIGHT BUT LIED ABOUT
ON THE STAND AT RIAL. THIS CANE WAS ALUMINUM
AND COULDN'T WITHIN PHYSICAL FACT IN THE DAMAGE
TO HIS NOSE WHICH IS WHY THIS SECOND CANE WAS
THEN BROUGHT INTO THE MIX,

(19)

FURTHERMORE, ATTACHED IS THE CERTIFICATE OF NEED MADE BY CEWIS THE NIGHT OF MY ARREST WHICH IS WHAT WAS BEING ATTEMPTED TO AVOID IN USING THE INFERENCE BECAUSE THIS CERTIFICATION TOTALLY DUPECS ANY NUTION THE DEFENDANT COULD EVEN FORM THE REQUISITE MENS REA FOR PREMEDITATION HENCE THE NEED FOR INFERENCE BY LAW WHICH OF A TRUTH ILLUMINATES THEIR ACTION WITH IS ONLY RECOGNIZABLE WITH A DESCENT KNOWLEDGE AND UNDERSTANDING OF THE BURDEN OF PROOF TO ESTABLISH PREMEDITATION WHICH ALLOWED A MUCH GREATER CHARGE TO BE LODGED OVER THE ORIGINAL OF ATT. HOMICIDE, TO WIT, MORE SEVERE SENTENCE.

MOREOVER, INVESTIGATORY NOTES REVEAL THE LEGACESE FOR THIS VERY PLAN, TO USE INFERENCE THROUGH USE OF MULTIPLE WEAPONS. FOOTPRINTS OF THE SAME SCHEME USED OVER THE COURSE OF THE ENTIRE PROCEEDING CAN BE FOUND IN THESE NOTES AS WELL, WHEREAS, A STORY WAS LAID OUT, THEN NUMBERS AND SYMBOLS WERE ADDED UNTO RELEVANT PORTIONS SO AS TO HIDE THAT HIDDEN PORTIONS WERE NOW ADDED TO IT TO ALLOW FOR THE REQUISITE TIME SEPARATION FROM PASSION TO PERFORM THEIR TRIFECTA, TO ALLOW INFERENCE OF PREMEDITATION THAT IS TEXTBOOK ON ALL POINTS WHICH REVEACS THE

(20)

CONSPIRACY EVEN MORE SO IN ITS FRAMING ACCORDING
TO EXACTNESS WHICH RARELY EVER OCCURS IN ANY
GIVEN CASE, IF AT ALL, TO WIT, ILLUMINATION.

LOPIES OF THESE NOTES ARE NOT ABLE TO BE OBTAINED
DUE TO LOCKDOWNS HERE THAT CREATE UNCONSTITUTIONAL
ACCESS TO COURT ISSUES NOT ALLOWING ME TIME IN
THE LIBRARY TO MAKE AS MUCH, THESE NOTES BEING
IMPORTANT AND THE STANDARD, AS TRUE, THE PLEADINGS,
SHOULD SUFFICE UNTIL A FEDERAL INVESTIGATOR OR AN
ATTORNEY AS LIASON CAN BE SENT TO OBTAIN MOUNTAINS
OF PROOF INVOLVING MANY OFFICIALS, FOR THE COURT.

DIAGRAM 4 OF 4 PAGES OF INVESTIGATORY NOTES.

1P6  ③  USE OF MULTIPLE WEAPONS
           KNIFE & CANE
      ②  USE OF WEAPONS ON UNARMED VICTIM
     ①  THE EVIDENCE THAT HE PROCURED A WEAPON
           THE KNIFE
       ④  STATEMENT AFFIANT

THIS IS ALL ON ONE PAGE SHOWING THE SCHEME WITH
LEGALESE PROFUNDACITY.

㉑

2ND PG.

(1) D SITTING INCHAIR IN BATHROOM
V WATCKS IN

(2) V WORKING ON MIRROR
TO REHANG IT

(3) A leaves & then comes back
in and sits back down in
chair

(4) V COOKS IN BATHTUB

A'S SHIRT IN BATHTUB
socks

V

T/HESE TWO RENDITIONS ARE ALMOST EXACT OTHER THAN
STYLE OF WRITING DIFFERENTIATING IN PERSON. IN ANY
EVENT, THEY DICTATE THE TERMINOLOGY AND HOW MANY
DISCREPANCIES IN THEIR LOCATION ON THE PAPER AND
IN THEIR MARKINGS TO SHOW CONSPIRACYINDICATIVE
INTENT TO USE INFLUENCE OF PREMEDITATION WHILE ALSO
COVERING THE TIME REQUIRED EXTRICATED FROM THE INITIAL
CONFRONTATION TO ALLOW FOR FORMATION OF THE MENS REA.

ROGER NORRIS
JERRY MIFLIN
JOHN DOES
PHILIP KUYKER

[P] AND [P1] SHOW 2 DIFFERENT CRIME SCENE
RENDITIONS MADE BY ROGER NORRIS, A DETECTIVE
AND EVIDENCE TECH FOR FENTRESS COUNTY, CRIME
SCENE PHOTOS ALSO SHOW FURTHER DISCREPANCY
BUT ALSO REVEAL ITEMS HAVING BEEN MOVED WHERE
2 PICTURES REVEAL STUFF ON THE FLOOR IN DIFFERENT
PLACES.

(22)

THIS SAME EVIDENCE CLERK REVEALING HIS CULPABILITY IN THE CONSPIRACY WHEREAS ONLY 2 BLOOD SAMPLES IN THE HOUSE WERE TAKEN, 1 OFF THE WALL IN THE BATHROOM WHERE THE CONFRONTATION OCCURED AND 1ONE FROM THE KITCHEN.

ALL THE BLOOD THAT WOULD'VE REVEALED THAT I HAD BEEN INJURED WITHIN THE CONFRONTATION WOULD PREDOMINATELY BE IN THE BATHROOM ON THE FLOOR BUT ONLY A SAMPLE OFF THE WALL WAS TAKEN INSOMUCH TO AVOID THE PHYSICAL FACT RULE THAT WOULD'VE PURELLED THE VICTIMS ACCOUNT WITH DNA EVIDENCE.

HOSPITAL REPORTS FROM MOCCASIN BEND SEVERAL DAYS LATER ARE RIDDLED WITH "LACERATIONS" AND ONE EVEN SAYS "KNIFE FIGHT WITH DEVIL" BUT THE SUBPOENA PROCESS AND CLERK INTELLIGENCE PREVENTED THE DEFENSE FROM GETTING A WITNESS FROM MOCCASIN BEND TO VERIFY THE RECORDS AT TRIAL.

WHEN THE RECORDS WERE DELIVERED BY A STAFF MEMBER FROM MOCCASIN BEND, THE TRIAL JUDGE EXPECTED ME AND TOLD ME THAT I COULD

(73)

HAVE THE RECORDS UNLESS I ALLOWED THE DA TO GET A COPY TO AND HE HAD ME WAIVE MY HIPPA RIGHTS AND CONFIDENTIALITY RIGHTS BEFORE I COULD GET THEM, WHICH WAS AN ATTEMPT TO FORCE ME TO GIVE WITNESS AGAINST MYSELF DUE TO THE NATURE OF THE PROCEEDINGS HAVING BEEN CONDUCTED.

MOREOVER, ONCE THE VERDICT WAS RENDERED I WAS MADE TO LEAVE ALL MY PAPERWORK IN COURT AND WHEN I GOT IT BACK AT THE JAIL LATER ALL THE STILL PHOTOS AND CLOSEUPS OF THE LACERATIONS ON MY ARMS WAS GONE ALONG WITH VARIOUS OTHER PAPERS PERTAINING TO JUSTIFICATION, AND OF COURSE I HAVE YET TO RECEIVE ANY COPIES OF EXHIBITS WHICH, ACCORDING TO WHAT I'VE GOT, SHOW NO PHOTOS OF MY WOUNDS BEING EVEN ADMITTED.

SHANE JEXTON    DURING TRIAL, SHANE JEXTON, THE JUDGE CAME DOWN OFF THE BENCH AND PICKED WHAT PHOTOS I WAS ALLOWED TO USE WITH MY ELBOW ATTORNEY AND WOULDN'T LET ME OBJECT FROM ON THE STAND VIOLATING MY RIGHT TO REPRESENT MYSELF.

THESE BEING ONLY SOME OF THE CENTRAL RIGHT VIOLATIONS

(24)

AND PRIVILEGE VIOLATIONS AND IMMUNITY DEPENDANT
TO ALLOWING THE MENS REA TO BE PROVEN AND ANY
JUSTIFICATION TO BE DISPELLED, ALL OF WHICH, WAS
ONLY POSSIBLE BY QUITE A LARGE CONSPIRACY ABSTRACT
IN DESIGN TO PRESENT UNBELIEVABILITY AMID EYES
THAT HAVE NO UNDERSTANDING OF THE DYNAMICS OF
LAW AND TRIAL PROCEDURE, WHICH VIRTUALLY LIMITS
THE ABILITY TO PROVE IT WHICH IN OF ITSELF ONLY ADDS
TO ITS DARK MOTIVE AND MALFEASANCE.

GINA MULLIVIK
VICKI PAYTON
BARBARA DAVIS

SHALLOW
REPORTING
SERVICES

SURROUNDING AS AN ARRAINMENT HAS BEEN
PROCEDURAL AND SUBSTANTIVE DEPRIVATION INTER
ALIA, FROM COURT ORDER BEING COMPLETELY SO
FALSIFIED, TO TRANSCRIPTION OF THE PROCEEDINGS
BEING ALTERED AND FRAUDULENTLY ADDED UNTO
TO PORTRAY EVENTS DIFFERENT THAN THEY ACTUALLY
OCCURED IN VIOLATE OF COURT REPORTER ACTS FOR
THE US UNDER § 753(b) AND TENNESSEE.

CLERKS COMMITTING ATROCITY FROM CHARGING
WAY TO MUCH MONEY FOR CERTIFIED COPIES OF LAST
PAPERS WHICH ALLOWED THEM TO MANIPULATE
THE RULES OF EVIDENCE AND AFFECT THE OUTCOME
OF THE VERDICT FROM THEIR OWN PROVINCE OF
DISCRETIONARY DUTY THAT WASN'T DISCRETIONARY

(25)

.AT ALL BUT ONLY A SKUDDENING OF THE CONSPIRACY
THAT ALLOWED THIS TO HAVE EVEN OCCURRED AS INITIO
YET ILLUMINATING THEM IN THE JAMIE JUS DIVINUM
BECAUSE IT COULDN'T BE POSSIBLE W/O THEIR HELP AND THE
EVIDENCE TRUMPS ALL LIES WITH PHYSICAL FACT. [SEE C]

CIRCUMVENTING THE PHYSICAL FACT RULE IS CENTRAL TO
THE SCHEME BECAUSE THIS IS WHAT ALLOWS THIS INTRICATE
ABSTRACT SCHEME TO COME TO FRUITION AND ITS ONLY
BECAUSE OF SUCH A SCHEME THAT IT CAN HAPPEN!

THIS ALLOWS A TEMPLE OF JUSTICE TO BE DEFILED
WITH WHAT AMOUNTS TO DESPOTISM BEING PURVEYED
UNDER THE "COLOR OF LAW" TAKING ADVANTAGE OF
THE IGNORANCE OF LAW WITH PRESUMPTIONS LIKE IGNORANTIA
JURIS NONMI VEN EXCUSAT THOUGH EVEN A JURY IS ALSO
ABROGATED IN THE PROCESS DEPRIVING ANY DEFENDANT OF
THE RIGHT TO TRIAL BY JURY BY MANIPULATING EVIDENCE
RULES AND SKEWING BURDENS WHERE PROOF DEMARCATIONS
ARE MATERIAL TO THE JUSTICE OF THE FINDING OF GUILT.

ABROGATING LIKE THIS SKEWS REASONABLE DOUBT
WITH PREPONDERANCE THROWING COMMON LAW
OUT THE WINDOW IN THE FACE OF ACTS LIKE THE
JUDICIAL ACT OF 1789 SECTION 34 [SEE APPEND I] ①
② [ERIE RAILROAD 304 US 64]    (26)    530 U.S. 466

TAKING A STED BACK TO THE ISSUES INVOLVING
THE FORCE APPLIED UNTO THE STATES BY THE ARTICLES
OF CONFEDERATION UNTO WHAT (CHISOLM) WOULD DECLARE
AS PRESENTING A DEFICIENCY UPON THE OTHER SIDE OF
THE PARADOX WHEN CONFIGURING THE CONSTITUTION INSOFAR
TO APPLY UNTO THE PEOPLE FROM WHICH THESE UNITED
STATES OF AMERICA STEMS FROM WHOM WOULD IN CHISOLM
SEEMS TO BE THOSE OF THE 13 STATES, THUS ONE DENOTES
THE MAXIM FROM BRACTON "SUPER VACUUM ESSET
LEGES CONDERE NISI ESSET QUILEGES TUERETUR")

THE PLAINTIFF HERE ALSO QUESTIONING THE SAME INSOFAR
AS WHY IS LAW MADE IF NOT TO BE ENFORCED AND WHY
WERE THE CONFEDERATION AND THE CONSTITUTION MERGED
TO AFFECT CITIZEN AND STATE ALIKE IF EVEN IN THE
FACE OF CLEVER SCHEME EASILY IDENTIFIABLE BY THOSE
IN THE PRACTICE OF LAW, NOT FIND VINDICATION AND
REPRIEVE FOR THE JOKE TO FIAT JUSTITIA RUAT CAELUM.

WHILE QUESTIONS OF SOVEREIGNTY INCULPATORY OF THIS
ACTION AND ITS RAMIFICATION ARE LIABLE TO INCUR UPON
THE LEAGUE MADE IN THE ARTICLES OF CONFEDERATION
ARTICLE III, THERE MUST ALSO BE EXPOSED IN TRUE LIGHT
WHAT IS ALSO ACCURATE ACTION WITHIN THE SAME
PARDIGM WHEREAS NOW THE EXECUTIVE FUNCTION

(27)

OF 4 STATES APPOTIONMENT FROM CONGRESS HAS NOW
IRREVOCABLY "UNDER COLOR OF LAW" ALIGNED WITH
THE JUDICIAL BRANCH INSOFAR THAT QUESTIONS OF
SOVEREIGN RIGHT MUST BE EXAMINED WHILE EVEN
INCURRING WRATH OF A CONFEDERATION NOT SUPPOSED
TO BE.

IN CASES LIKE COHENS [6 WHEAT 314] THE FRAMERS
OF THE JUDICIARY ACT MANIFESTED A DISTRUST OF THE
AUTHORITY OF STATES FORESEEING THAT STATES WOULD AT
SOME POINT REFUSE TO GIVE JUDGEMENT ACCORDING TO
THE LAW OF THE UNITED STATES JUDICIARY, TO WIT, SUPREME
COURT.

THIS, IN OF ITSELF, HIGHLIGHTS A DANGER PREVIEWED
THAT NOW, WITHOUT ACTIONS, TO COMPORT WITH PURSUANCE
OF THE OBJECTS IN PREAMBLE PRESENTS THE SAME VERY
DESPOTISM BEING ILLUMINATED IN SOME INCESSANT
SCHEME OVER SOVEREIGNTY UPON CITIZENS WHETHER
THEY BE OF STATE OR PATRIA.

IN ANY EVENT, ANY SCHEME WHERE EXECUTIVE AUTHORITY
IS EXERTED IN JUDICIARY PROVINCE BY AND THROUGH ACTIONS
TO HINDER AND PREVENT FUNDAMENTAL NECESSITIES TO
OF TRIAL MECHANISM WHEN ONE ASSERTS HIS RIGHT TO

28

REPRESENT HIMSELF, WORKS ONLY TO THE DEMISE OF WHAT
COULD BE THE AGES AS THIS GREAT EXPERIMENT FALLS
VICTIM TO THE CONFINES OF DARKNESS IN STRUGGLES OF
POWER AND SOVEREIGNTY, WHICH AT THE SAME TIME
CAN ONLY ILLUMINATE SCHEMES OF INVOLUNTARY
SERVITUDE BEING EFFECTED BY USURPED AUTHORITY
FOR THE SAKE OF WHAT IS PEONAGE IN THE END AND
SLAVERY OF A DIFFERENT KIND WHICH AS YOU NOTED
JUS DIVINUM IN GODS MERCY TO ILLUMINATE IN
TRUE LIGHT WHAT WE ALL SEE THOUGH STAY COMPLACENT
IN.

IN HUMILITY I SUPPOSE TO MAKE THIS DISTINCTION,
SPIRITUAL DEPRAVITY AND DISPARITY IS FELT NOT
SEEN, PERCEIVED AND NOT COMPUTED AND SUCH
DISPARITY, THOUGH HIDDEN AMID GUILES, CAN STILL BE
FELT AS A COUNTRY AND A NATION OF PEOPLE WHEREIN
THERE ARE WATCHERS STANDING GUARD WHOM CAN AND WILL
SEEK TO DEFINE AMONG US OUR FATHERS MERCY BY
ILLUMINATION WHICH IS THE ESSENCE NOT A FEELING
OF TRUE LIGHT.

THIS DISPARITY EXHIBITS ITSELF IN MANY DIFFERENT
FORMS OF CIVILITY WHILE THE JUDGMENTS OF GOD UPON
THIS EARTH AND THIS TIME EXHIBIT THEMSELVES IN NATURAL

29

DISASTER UPON AN UNSUSPECTIVE PUBLIC IGNORANT OF THE TRUTH OF GOD, AND SHOULD I, SUPPOSE THAT AS A SOLDIER OF LIGHT I MIGHT RECLUME YOU THIS DISTINCTION BASED UPON A SOCIETY'S VIEW OF CIRCUMSTANCE AND CONFINE OF THE RESPECT OF PERSON THE PRESENT WORLD DWELLS IN?

AM I NOT VESTED SPIRITUAL UNTO THE AGES AS WELL AND IN WHAT THESE UNITED STATES OF AMERICA ARE AND CAN BE: THIS BEING THE BASIS OF A REAL 1ST AMENDMENT CLAIM WITHIN THIS ACTION WHICH I WILL NOT NEGLECT THOUGH PRESENCE OF HATE AND FRAUD.

FENTRESS
COUNTY
JUSTICE
CENTER

ACTING IN FURTHERANCE OF THIS CONSPIRACY UPON MYSELF, A CITIZEN OF THE UNITED STATES OF AMERICA IS EVEN THESE SAME GROUP OF FACTION OR OFFICIALS TO DENY EVEN THE RIGHT TO BE HEARD WHICH IS LEGISLATIVELY ENFORCIBLE UNDER T.C.A. § 40-14-101 INSOFAR THAT ALL ATTEMPTS TO HAVE A NEW TRIAL MOTION HEARING, AS WAS ALREADY IN A COURT OF LAW ORDERED AT MY SENTENCING, STILL BEING REFUSED IN A CONTINUUM OF CONSPIRACY BY THE SAME SCHEME THAT HAS BEEN USED, AND WAS USED, OVER THE COURSE OF ALL PROCEEDINGS THUS FAR TO WIT IDENTIFIABLE ATTRIBUTABLE ILLUMINATION OF THEM.

(30.)

TEMPLE OF
JUSTICE
FENTRESS COUNTY
WAYNE SEXTON
COURT CLERKS

AT SENTENCING, A NEW TRIAL MOTION HEARING WAS
SCHEDULED FOR JUNE 20TH OF 2022, THE DAY THE
JUDGE RETIRED. IS THIS HAPPENSTANCE, I THINK NOT.

NOW TO THIS DAY, I STILL HAVE NOT BEEN TAKEN
TO A NEW HEARING AND A CONTINUANCE REQUESTED BY
MYSELF WAS ANSWERED NOT WITH AN ORDER BASED UPON
THE MOTION, BUT A HIGHLIGHTED RETURNED PLEADING.

A TIMELY NEW TRIAL WRITTEN MOTION WAS FILED
ON 11/30/21 ALONG WITH A RENEWED MOTION FOR
JUDGMENT OF ACQUITTAL. [SEE CERTIFICATE OF
SERVICE IN CONFORNTY WITH PRO SE FILINGS IN THE
TENNESSEE RULES OF ~~ATTORNEY~~ CRIMINAL PROCEDURE
RULE 49(d)(1).]

THIS BEING FURTHER EVIDENCED BY NOTARY SEAL ON
PG 3 OF THE MOTION FOR JUDGMENT OF ACQUITTAL
ATTACHED. [SEE NOTARY JASON DYKES]

THE NEW TRIAL MOTION IS 122 PGS LONG SO IT IS
NOT INCLUDED THOUGH IT SPORTS THE SAME NOTARY
SEAL.

THIS BEING POINTED OUT INSOFAR TO ALLOW LEAD
(31.)

COURT
REPORTERS
COURT STAFF

INTO THE SCHEME. ON 5-18-20, PRETRIAL MOTIONS
WERE SCHEDULED FOR 6-15-20, A PART NOW MISSING
FROM FRAUDULENT TRANSCRIPT OF THAT DAY. WHEN
6-15-20 CAME I FOUND MYSELF NOT AT COURT
BUT WONDERING WHY BECAUSE TRIAL WAS IN DECEMBER
AND I HAD JUST TAKEN THE REINS IN MY CASE BECAUSE
OF ATTORNEY DIFFICULTIES. [SEE MOTION TO WITHDRAW
OF TOBY DEATON][A]

TOBY
DEATON

I BELIEVE THE MOTION SPEAKS TO ITSELF. I FILED
A COMPLAINT WITH THE BOARD OF PROFESSIONAL RESPONSIBILITY
AND IT SPUTTERED OUT WHEN PROOF BEGAN TO CALL FOR
ACTION BUT I RECEIVED ONLY INCESSANT ROMPS OVER
AND OVER OF THE SAME RETURNED DOCUMENTATION.

MY FIRST ATTORNEY, IVY BROWER, PUT HER MOTION TO
WITHDRAW IN WITH AN AFFIDAVIT SAYING I THREATENED
HER FAMILY. AN AFFIDAVIT I ONLY RECEIVED FROM
THE COPIED PROSECUTOR FILE THE NIGHT BEFORE TRIAL.

SHE REALLY QUIT AFTER I HAD HER BRING A RECORDER AND
HAD HER MAKE A RECORDING FOR THE FBI DICTATING
THE EVENTS SURROUNDING THE "CLASSIFIED DATA" I HAD
FOUND IN A SECRET COMPARTMENT BUILT INTO A HOUSE
OF ELIJAH LEFFEW WHO SPENT A CAREER IN MILITARY
(32.)

INTELLIGENCE AS I SUPPOSE AN ENGINEER OF MANY SORTS.

THIS RECORDING ALSO CONTAINED MY SUSPICIONS AND
TRUTHS ABOUT CORRUPTION IN FENTRESS COUNTY. IT SEEMS
ONCE WHAT I WAS SAYING BECAME REAL SHE MADE UP
A LIE ABOUT THREATENING HER FAMILY TO AVOID FURTHER
HARASSMENT BY LOCAL AUTHORITIES AND I DON'T BLAME
HER ONE BIT. [SEE PG 14 LN 7 TRANSCRIPT ATTACHED]

SHANE
SEXTON        SHANE SEXTON, DIRECTLY LIED AND DENIED KNOWING
WHY SHE WITHDREW AT MY HEARING ON 5-18-20, FOR
HOW COULD HE NOT KNOW WHEN HE HELD THE HEARING
AND ACCEPTED THE AFFIDAVIT THAT WAS KEPT FROM
ME THE WHOLE TIME, THUS PRESENTING DEPRIVATION
OF THE SIGHT OF AN IMPARTIAL JUDGE AND DEPRIVATION
OF DUE PROCESS, THOUGH ONLY 1 OF MANY INSTANCES.

IVY
GROVER       THIS RECORDING WAS MADE FOR F.B.I AGENT MATTHEW
EXPERSLIADE WHOM WAS I BELIEVE THE ASAC IN
NASHVILLE BUT WHOM WAS DEFINATELY THE AGENT
WHO ARRESTED CHUCKY CRAVENS FOR TAKING WOMEN
OUT OF THE FENTRESS COUNTY JAIL FOR SEX.

CHUCKY
CRAVENS
FENTRESS COUNTY     HISTORY EVEN DEEPER THAN THIS SHERIFF BEING
PATROL          COMPETITOR IN STUPIDITY, COMES FROM THE PAST

(33)

BY HIS HAND DIRECTLY, MY GIRLFRIENDS KIDS WERE
TAKEN FROM HER BY THIS SHERIFFS LIES AND
EVIL DISPOSED CHARACTER ALONG WITH AFLUENT
FAMILY NAMES IN FENTRESS COUNTY.

THESE TACTICS ARE TYPICAL ACTIONS OF OFFICIALS
IN THIS COUNTY WHOM USE THE COLOR OF LAW TO
EXERT CONTROL BY THE THREAT OF IMPRISONMENT
USING CASES LIKE MINE AS SOME KIND OF "HERE
LOOK WHAT I CAN DO" BUT THEY ALSO USE CHILDREN
AS A WEAPON AS WELL, OF EITHER TAKING THEM
SHOWING THEIR EVIL DISPOSITION IN EVEN DOING
SUCH A THING.

RANDLE
LEDBETTER

THIS PLOT THICKENING SO MUCH THAT THIS SHERIFF
USED RANDLE LEDBETTER TO EFFECT, BY EXECUTIVE
BRANCH USURPATION OF CONSTITUTIONALITY, HER ARREST
AT A HEARING IN CHANCERY INSOFAR TO PREVENT
HER FROM RECLAIMING HER CHILDREN TAKEN BY
AFLUENT BOGUS CHARGE OF EVIL DISPOSED PERSONS.

LESLIE
LEDBETTER
"CLERK"

CANDY price
"JAIL ADMIN"

FUNNY THING IS, THIS SON OF BIEN IS THE HUSBAND
OF LESLIE LEDBETTER WHO CREATED A FRAUD IN
FEDERAL COURT IN A CASE OF MINE IN ORDER TO
PROVIDE AN AFFIRMATIVE DEFENSE TO A MEDICAL

34.

CASE PENDING AGAINST THE JAIL FOR MEDICATION
TO CURE HEP-C THAT WASN'T BEING GIVEN.

SHE IS ALSO THE FENTRESS COUNTY ATTORNEY
AND PLAYED HER PART IN MY CRIMINAL TRIAL
AS WELL IN HER REPRESENTATION OF QUASHED
SUBPOENAS AND ENSURING THEIR COMPULSORY
PROCESS SCHEME YIELDED NO WITNESS FOR ME
AT SUPPRESSION HEARINGS AND TRIAL.

AT THIS POINT, I DO INTERJECT THAT THERE IS
A GREAT AMOUNT OF EVIDENCE UPON A GREAT AMOUNT
OF OFFICIALS WHICH DUE TO ACCESS TO COURT ISSUES
PREVENTS ME FROM ARTICULATING WITH EVIDENCE
WHAT HAS OCCURED WHEREIN THIS CONSPIRACY INVOLVES
A GREAT AMOUNT OF PEOPLE UPON WHICH A GREAT
AMOUNT OF EVIDENCE EXISTS WHICH NEEDS TO BE EVEN
PRESENTED UNTO FEDERAL INVESTIGATORS IN PERSON.

IN CASE NO 2:19-CV-00085, THIS ATTORNEY AND
SOUTHERN HEALTH PARTNERS AND CINDY PRICE THE JAIL
ADMINISTRATOR, CONSPIRED AND DEFRAUDED A
UNITED STATES DISTRICT COURT USING DECLARATIONS
AND A FRAUDULENT GRIEVANCE POLICY TO MANIPULATE
AND DEFILE A UNITED STATES TEMPLE OF JUSTICE

(55)

IN NASHVILLE IN UNDER WAVERLY D. CRENSHAW JR.

LESLIE LEDBETERS MAIDEN NAME IS CLARK AND
THERE IS AN ENTIRE TOWNSHIP CALLED CLARKTANGE
IF THIS MIGHT ILLUMINATE THE REACH AND THE
AFLUENCE OF WHAT IS TRANSPIRING AND HAS EVEN
TRANSPIRED,

COURT CLERKS
LESLIE          HER HAND WAS DIRECTLY INVOLVED IN ALLISON
LEDBETTER  HEATON NOT SHOWING UP AT MY SUPPRESSION HEARING
AND AT TRIAL, THOUGH TRANSCRIPTS NEGLECT TO SHOW
HER PART, THOUGH NOT SURPRISING,

ALLISON HEATON WAS THE CRISIS WALKER WHO
DID THE CERTIFICATE OF NEED ATTACHED. [2PGS]

HER TESTIMONY DIRECTLY WOULD'VE NEGATED
THE MENS REA, HENCE WHY SHE WAS KEPT
FROM COURT THROUGH THIS WEIRD UNSPOKEN
PROCESS INSTITUTED BY THE JUDGE AND THEN
CARRIED OUT BY VICKI REAGAN AND LESLIE
LEDBETTER AS WELL AS OTHER JANE DOES
NOT YET IDENTIFIED,

GINA MULLINS IS DIRECTLY NAMED BY THE
(36)

JUDGE ON PG 38 LN 21-25 OF THE TRANSCRIPT
ATTACHED, BUT VICKI REAGANS NAME IS ON ALL
THE ISSUANCES OF SUBPOENAS.

SHANE
SEXTON

GINA
MULLINIX

THIS [PG 38 ONTO 39 AND 40] OUTLINE THIS
WEIRD SUBPOENA SCHEME AND MY REQUESTS
FOR ACCESS TO INFORMATION SOURCES TO MAKE
RULE 17 SUBPOENA MOTIONS THE WAY THE
RULES OF CRIMINAL PROCEDURE IN TENNESSEE
STATE, THUS DENYING ME PROCEDURAL DUE PROCESS
WHICH SEVERELY PREJUDICED THE DEFENSE AND
THREW THE ENTIRE PROCEEDING OF TRIAL MACHINISM
ASKEW, TO WIT, DESPOTISM. [SEE 10-12-20 TRANS]

[PG 16 AND 17] OF THIS TRANSCRIPT FROM 5-18-20
SHOWS THIS CONSPIRACY AMONGST OFFICIALS TO
DENY EVEN RUDIMENTARY NEEDS FOR ACCESS TO
COURT WITH PG 17 LN 3-16 SHOWING THAT
THIS JUDGE HAD ALREADY DECIDED THIS CASE,
VIOLATING THE RIGHT TO AN IMPARTIAL JUDGE.

[LINES 1-3 ON PG 17] SHOW WHERE THEY ARE
ALL CONSPIRING TO KEEP PAPER FROM THE DEFENDANT
VIOLATING ACCESS TO COURTS AND ANY SENSE OF
FAIRNESS AT ALL BECAUSE I CHOSE TO EXERCISE

(37)

MY RIGHT TO REPRESENT MYSELF, COUPLED WITH
THE FACT THEY HAD DEVISED A PLAN TO OVERCOME THE
PHYSICAL FACT RULE BY MANIPULATING THE ENTIRE
PROCESS WITH PROCEDURAL AND SUBSTANTIVE DUE
PROCESS VIOLATIONS WHICH WOULD ALLOW PHYSICAL
FACT PROOF OF INNOCENCE TO BE REPLACED WITH THEIR
LIES AND DECEIT INVOLVING WITNESS EVIDENCE INSTEAD,
TO WIT, EVINCED DESPOTISM.

I GUESS THE MOST OBTRUSIVE COMMENT BY THE JUDGE
AT ALL APPEAR ON [PG 19] OF THE ATTACHED TRANSCRIPTS
LN 2-3, WHEREIN HE OFFERS CONDOLENCE, TO CONSPIRATORS
HAVING TO DEAL WITH A CITIZEN EXERCISING THEIR RIGHTS,
IN THE FORM OF "WELL, JUST KNOW THAT YOU GET TO
GO HOME TONIGHT" AS IF TO TELL THEM THAT BEING
LOCKED UP SHOULD SUFFICE AS RETRIBUTION FOR HIS EXERCISE
OF HIS RIGHTS SHOWING EVEN HIS EVIL DISPOSITION.

TALTION
IN FEATURES

THIS TRANSCRIPT SHOWING THE HALLMARKS AND THE
FOOTPRINTS OF AN EVER BROADENING CONSPIRACY BORNE
ON 9-4-18 WHICH HAS NOW ENCOMPASSED CLERKS,
COPS, LAWYERS AND JUDGES EVEN OF OTHER COURTS
NAMELY ELIZEBETH ASBURY INSOFAR THAT THIS
GROUP OF PEOPLE, "UNDER THE COLOR OF LAW," ARE
ABLE TO USURP CONSTITUTIONAL GUARANTEES AND

(58)

AND USE THE TEMPLE OF JUSTICE LOCATED AT NO JUSTICE CENTER DRIVE JAMESTOWN TENNESSEE AS A PLATFORM FROM WHICH TO EXACT DESPOTIC GOVERNMENT UNDER THE GUISE OF LAW WHILE PREVENTING THE VERY SAME EVIL DAY OF AMERICAN LIBERTY WHEREIN MORE THAN A THEORY OF GOVERNMENT OUTSIDE THE SUPREME LAW OF THE LAND HAS FOUND FOOTHOLD, WHICH WAS WARNED OF IN CASES LIKE [DOWNES V BIDWELL 182 US 244] OVER 120 YEARS AGO WHICH GIVES MORE THAN SLIGHT DEMARCATION OF WHAT IS A SLOPE WERE SLIDING ON THAT WILL EXTINGUISH ALL HOPE OF US IN THE AGES AND REVEALING SUBTERFUGE TO DESPOTISM IN ABSTRACT DESIGN.

WHATS HAPPENING IN THIS CASE ISN'T SO DIFFERENT NOR UNHEARD OF WHERE LAWYERS AND JUSTICES BEND AND BREAK THE LAW TO MEET PREROGATIVES OF THEIRS [422 U.S. 806] EXCEPT INSTEAD OF THOSE PREROGATIVES BEING IN FAVOREM OF THE CROWN AND KING, THESE IN FAVOREM OF SEEING WELL THE SAME BY AND THROUGH WHAT CAN BE CONSIDERED AN AUTOCRACY OF AFLUENTIAL CITIZENS WHOM HAVE SOMEHOW LOST ALONG THE WAY THE GOALS AND OBJECTIVES OF THIS UNION CALLED THESE UNITED STATES OF AMERICA.

(89)

GOALS AND OBJECTIVES UNDER MAXIMS OF AMERICAN
BIRTH OF THE PEOPLE, BY THE PEOPLE AND FOR THE
PEOPLE IRREGUARDLESS OF WHATEVER OR DO ONE
THE UNITED STATES ITS SIRETY THIS NOW IN COMPLACENCY
AND IN THE WAR BETWEEN LIGHT AND DARK WOULD
NOW SEEK TO CLAIM THIS COUNTRY AS SACRIFICE IN ITS
PURSUIT BEING CARRIES OUT IN THE HEARTS OF MEN WHO
HAVE CHANGED THE TRUTH OF GOD INTO A LIE WHILE
WORSHIPPING AND SERVING THE CREATURE AND NOT
OUR CREATOR PLACING US ALL IN DANGER OF WHAT IS
THE WRATH OF GOD, WHICH CANNOT BE ALLOWED IF WE
ARE TO EVER REVIVE THIS COMING DAYS THAT WILL TRY
OUR RESOLVE TO SURVIVE AND LIVE AS ONE NATION
UNDER GOD AND INDIVISABLE LEST THESE ARE JUST
NOTIONS OF ARTIFACE FOR THE FEW AND AFFLUENTIAL
TO SEEK ESCHELONS OF POWER BEQUEATHED IN BY
DISPOSITION OF ANGELICAN, OR RATHER DISPENSATION.

EVEN THE RIGHT TO REPRESENT YOURSELF IS FOUNDED
IN COMMON LAW WHICH IS ANOTHER ASSOCIATED BODY OF
LAW SUFFERING ITS OWN TRAVESTY BY THE ACTIONS OF
THESE PEOPLE CREATING EVEN ITS OWN RAMIFICATIONS ON
THE FUTURE OF ANGLO-ENGLISH-AMERICAN LAW IN SO FAR
IT AFFECTS THE SPIRITUAL FRAMEWORK NOT SO EASILY
IDENTIFIABLE YET JUST AS REAL AND EVIDENCED BY THE

48

MANY EXHIBITS OF CORRUPTION BEING TELEVISED AND
REALLY KNOW BY WHAT MIGHT BE CONSIDERE "PEASANT
FOLK" WHOM ARE AND WILL ALWAYS BE THE BACKBONE
OF CONSTITUENCY IN THESE UNITED STATES OF AMERICA
WHO ARE BEING ALIENATED NOT ONLY IN EXERCISE OF
GOD GIVEN RIGHT BUT ALSO IN PERCENTAGES AND PERSONS
AS DEMARCATION BETWEEN "CORPORATE" AMERICAN
AND "FLESH AND BLOOD" AMERICAN ISN'T EVEN KNOWN
OR UNDERSTOOD BY THOSE WHOM IT AFFECTS THE MOST AS
WELFARE IDEALS AND BANK ACCOUNTS COME CLASHING UP
AGAINST THE PRINCIPLES OF A FREE NATION WHICH
THEY REVEL IN INSTEAD OF MONEY.

NOW LETS BROADEN WHAT IS ASSERTED EVIDENCE OF STATE
OPPRESSION, WHEREAS, EXECUTIVE FUNCTION INTERPOSES
UPON JUDICIAL PROVINCE NOT BY SUGGESTION AS WAS DONE
IN CASES INVOLVING HISTORICAL FIGURE LIKE NAPOLEAN
BUT BY AND THROUGH THEIR ACTIONS, THE EXECUTIVE BRANCE,
WE HAVE WHAT CAN ONLY BE DEEMED, OR EVER DENIED,
SOME TIE THAT WOULD BIND 2 BRANCHES, THOUGH SHOULD
I EVEN STATE SUCH.

① TBI
② FENTRESS COUNTY
UNRECTIFYING

ATTACHED ARE T.B.I. CRIME LABRATORY REPORTS,
[T1] AND [T2] REVEAL DISCREPANCY AND FACT
THAT CANNOT BE CONCLUDED OTHER THAN SOMETHING

41

ASSUREDLY IS ARIS IN CHAINS OF EVIDENCE AND
RECORD KEEPING ALMOST HINTING AT VERY CHANGE
IN RECORD WHEN OWNERDSHIP CHANGES WHICH
WOULD SUFFICE TO CONCLUDE CONSPIRACY IN AN ACT
IN FURTHERANCE TO REOPENT THE RECORD TO CONTORT
TO INTERROGATIONS MADE BY MYSELF UNTO THEIR
VERACITY.

UPON THE SURFACE LIES [T1] SHOWING EVIDENCE
~~0001~~ (001-9) THROUGH (005-9.) T1 SHOWS 003-9
UNDER BILL HASLAM ON T1/26/18.

[T2] SHOWS NO 003-9 UNDER BILL LEE ON 6/22/20
BEGGING THE QUESTION OF WHERE DID THE ALLEGED
UNDERWEAR IN THE SHOWER GO? THIS BEING A KEY
FACTOR BECAUSE JUSTIFICATION MUST BE DISPELLED AS
A STATE BURDEN TO A DEFENSE UNDER TRUEMAN
DOCTRINE THAT WAS BEING USED BY DEFENSE.

THESE UNDERWEAR THEY HAD WERE NOT WHAT WAS
IN THE SHOWER AT THIS RESIDENCE AND WERE ONLY
UNPREPARDED LATER TO DISPEL JUSTIFICATION CENTERED
AROUND THE LITTLE SIGNS SPONGE BOB SOURCE PANTS
UNDERWEAR THE ALLEGED VICTIM WAS WASHING OUT
WHEN DISCOVERED BY THE DEFENDANT ON 9-4-18.

[T3] ADDS PROBATIVE CONCLUSION TO QUESTIONING THE "CHAIN" WHEN VIEWED IN LIGHT OF TYPICAL PROCEDURE FOR EVIDENCE TESTING AT THE TBI CRIME LAB SHOWN ON [T4], TO WIT, ALL THE SIGNATURES AND TIMES FOR CHANGE IN THE "CHAIN".

FURTHERMORE, WHY DOES [T1] SPORT THE FILE CODE WHEN ITS FURTHER BACK IN TIME UNDER A DIFFERENT GOVERNOR WHILE [T2] DOES NOT THOUGH IT CAN BE CONCLUDED THAT ITS BECAUSE [T1] HAS 003-9 ON IT WHILE THE OTHER DOES NOT.

I HAD SPOKEN WITH LESLIE HALL ABOUT HAVING THESE UNDERWEAR TESTED FOR CHEMICAL HALF-LIFE WHICH IN COMBINATION WITH OTHER ELEMENTAL COMPARISON CAN REVEAL NOT ONLY WHERE THESE UNDERWEAR HAS ACTUALLY BEEN PRIOR TO BEING SUPERADDED BY CORRUPT COPS BUT WOULD ALSO REVEAL THAT SUCH CHEMICAL SIGNATURE WOULD HAVE BEEN ON THE DEFENDANTS PANTS AS WELL HAD HE BEEN USING THEM, OR RATHER WEARING THEM, THAT NIGHT.

WHEN THESE TRUTHS WERE REVEALED UNTO THE CRIMINAL COURT FOR A SHOWING OF NEED AND FOR MATERIALITY, SHANE SEXTON DECIDES TO ARGUE

43

FOR THE STATE AGAINST THE FORENSIC KNOWLEDGE OF
LESLIE HALL, THE CHIEF FORENSIC PERSON AT THE TBI
WHILE I WONDERED AT AND MARVELED AT ANOTHER
CAREFULLY ORCHESTRATED DENIAL OF PHYSICAL PROOF
IN CONSTITUTIONAL DEPRIVATION COMMITTED BY A
CRIMINAL COURT JUDGE.

FURTHERMORE, DIRECTIVES FOR THE EVIDENCE TECHS
FROM THE T.B.I. WERE REQUESTED BY THE STATE
PROSECUTOR BUT THEY NEVER CAME OR WERE NEVER
GONNA BE THERE TO BEGIN WITH WHICH WAS TESTED
UPON MY OWN ELBOW ATTORNEY WHO JUST HAPPENED
TO BE PHILIP KAZEE'S BEST FRIEND.

MAX HUFF
SHANEY EATON    TO AID MY HYPOTHESIS OF WHAT COLLABORATION HAD BEEN
PHILIP KAZEE    ENSURED AMID THEM ALL, I REVEALED SUBTLE PLANS
TO THE ELBOW ATTORNEY MAX HUFF WHO DID INDEED
REVEAL HE HAD BEEN COLLABORATING AND TELLING THE
PROSECUTOR MY PLANS TO PROVE WHAT HAD BE ON DONE

IN THE END, THE SINGLE MOST READILY IDENTIFYABLE ACTION
MAX HUFF DID TO SHOW HIS PART IN THE CONSPIRACY TO DENY
ME EQUAL PROTECTION OF THE LAW, RIGHT PRIVILEDGE AND
IMMUNITY, WAS WHEN HE "OPENED THE DOOR" TO CRIMINAL
CONVICTION QUESTIONS AFTER HAVING HAD HEARING ON THE

44

MATTER ALREADY WHERE IT WAS DECIDED NO CONVICTION PLAYED ANY PART IN THE TRIAL AND THE ADA HAD AGREED HE WASN'T GONNA USE ANY, THEN THEY TOGETHER WAS ABLE TO MANIPULATE ALL THAT BY OPENING THE DOOR AND THEN THE JUDGE, INSTEAD OF HOLDING A HEARING BEFORE THEIR USE, GAVE A JURY INSTRUCTION RIGHT AFTER MY TESTIMONY LETTING THE JURY KNOW CONVICTIONS IMPEACHED MY TESTIMONY WHICH VIOLATED UNTOLD PROCEDURAL AND JURISPRUDENCE RIGHT UNDER THE RULES OF EVIDENCE 400 SERIES AND 600 SERIES, NOT TO MENTION CONSTITUTIONAL DUE PROCESS.

THIS SCHEME ALSO SHOWS INTENT FOR IT CULD ONLY HAVE BEEN DONE WITH ALL THEY'RE HELP. IN THE END, THE CONVICTIONS WERE NEVER IDENTIFIED WHATSOEVER AND UNIT BEING "CONVICTED" WAS USED TO IMPEACH MY TESTIMONY WHICH ALSO VIOLATED ALL SENSE OF RULE ALLOWING THE WORD ARBITRARY TO RULE INSTEAD YET ALSO REVEALING THE INTENT IN TAKING ADVANTAGE OF THE JURYS IGNORANCE OF THE LAW, AND MINE, AT THAT TIME WHEN ONLY THE GENERAL "CONVICTIONS" WAS USED CONTRARY TO 404B HEARING AND DICTATED ON JURY INSTRUCTION, EVEN AFTER A HEARING BEING HELD MONTHS PRIOR TO NOT ALLOWING THEM.                      45

EXECUTIVE
DEPARTMENT

VIA VARIOUS
JAILS

BLOUNT
ROANE
FENTRESS
HARDEMAN
COUNTY
PRISON

SPECIAL
NEEDS
DeBERRY

THE PLAINTIFF HAVING A LAUNDRY LIST OF ACCESS
TO COURT ISSUES THAT WERE PART OF THE SCHEME
WITHIN THE EXECUTIVE DEPARTMENT OF TENNESSEE
INSOFAR TO EFFECT OUTCOMES OF TRIAL AND ALSO
HEARINGS AND EVIDENCE OVER THE COURSE OF THESE
PROCEEDINGS.

APPEAL ALSO BEING THWARTED ON ALL LEVELS IN
VIOLATIONS DEALING WITH MAIL BEING LOGGED
AS SENT BUT NEVER REALLY WENT, WHILE ACCESS
TO LAW WAS ALSO HINDERED AND PREVENTED THE
SAME AS EVEN NOW CAUSING THIS TO COME IN
PEN FROM 23-24 hr LOCK DOWN HERE AT THIS
PRISON.

COURT FILING'S NOT BEING ACKNOWLEDGED BY
THE FENTRESS COUNTY JUSTICE CENTER WHILE ANY
APPEAL UPON ISSUES RELEVANT TO CERTIORARI ARE
ALSO THWARTED BECAUSE NO WRITTEN ORDERS
SIGNED BY THE JUDGE HAVE BEEN GIVEN THE
DEFENDANT AND APPELLATE COURTS ARE PASSING
ON JUDGMENT OF OUTRIGHT DISMISSING MERITORIOUS
CLAIMS BECAUSE OF NOT HAVING SIGNED COURT ORDERS
WHILE TRANSCRIPTS REVEAL THE ORDERS, TO WIT,
HOCUS POCUS TO DENY RIGHT TO BE HEARD AND TO

46

CONTINUE INVOLUNTARY SERVITUDE AND PROFITING
FROM PEONAGE ACCUMULATING FROM A 40 YEAR
JUDGMENT BOND, IN VIOLATE OF CONSTITUTIONAL
PROCEDURAL AND SUBSTANTIVE DUE PROCESS AND
STATUTORY, T.C.A § 40-14-101, RIGHTS AND
LAW.

A TRO REQUEST IN CASE NO 2:19-CV-00085
ATTACHED (3 PGS) SHOWS A NOTARY SEAL ON 6-15-20
AT ROANE COUNTY WHILE COURT ORDERS FROM THAT
DAY SEEM TO ALLUDE I WAS IN FENTRESS AND THEY
SAY I AGREED TO PUTTING MATERIAL COURT DATES OFF
WHEN I DIDN'T, THANK GOD TOP 4'S FORCE THAT HAD
ME NOTARIZING A TRO TO KEEP FENTRESS FROM
MOVING ME EVERYWHERE TO PREJUDICE SUIT
AND DEFENSE, IN A TOWN OVER AN HOUR AND A
HALF AWAY PROVING FRAUD IRREFUTABLY. [SEE
PG 3 TRO AND 6-15-20 ORDER ATTACHED.]

ATTACHED ALSO IS AN ORDER FROM 8-8-21
SHOWING AGAIN THAT I SUPPOSEDLY AGREED TO
PUT OFF MY COURT DATE AS IF I WAS THERE WHEN
I WASN'T. EVEN MAX HUFF, MY ALLEGED ELBOW
ATTORNEY SEEMED TO BE THERE WHILE THE
NOTE AT THE BOTTOM RIGHT OF PHILIP KAZEE

47

MAY HUFF
JHANIE JEXTON
PHILIP KAUEK
COURT CLERKS

PROVES I WASN'T THERE, OR ELSE HOW OR WHY
WOULD I NEED TO BE ~~NOTIFIED~~ OF WHAT ALREADY
HAPPENED? THIS VIOLATES MY RIGHT TO BE HEARD,
MY RIGHT TO REPRESENT MYSELF ALONG WITH OTHER
PROCEDURAL AND SUBSTANTIVE RIGHTS, EVEN ALSO
VIOLATING FARETTA BY FORCING ME TO TAKE AND
LIVE WITH DECISIONS MAY HUFF MADE THAT MAY
W/O TELLING ME. [95 S.Ct 2525 45L.Ed 2d 562
422 US 806  FARETTA]

THESE TWO PARTICULAR CIRCUMSTANCES FALL AROUND
THE TIMES THAT THE ALLEGED VICTIM DIES WHICH
WAS 1/14/21 AND A MATERIAL DEFENSE WITNESS
WHO WAS HIS MOM WHO DIED IN FEBRUARY OF 2020.

I HAD NO KNOWLEDGE OF EITHER OF THESE OCCURENCES
DUE TO HAVING BEEN MOVED TO DIFFERENT COUNTIES AND
HAVING NO ACCESS TO ANY FAMILY OR LOCAL SUPPORT.

THIS ALSO BEING A CIRCUMSTANCE WHERE A NEGATIVE
ARGUMENT ABOUT THE REASONING BEHIND BONDS AND
AFFIRMATIVE DUTIES TO ENSURE SOMEONE WAS IN
COURT. ARGUMENT IS MADE NOW THAT THESE AFFIRMATIVE
REASONS FOR SHERIFFS TO ENSURE COURT APPEARANCE, THE
REASON BEHIND A 500 000 DOLLAR BOND, WAS VIOLATED
IN A NEGATIVE SENSE THAT THEY DIDN'T ENSURE I WAS

48

AT CORT DEFYING THE REASONING FOR SUCH LARGE
BONDS. THIS IS ALSO AN ELEMENT OF PROOF IN
THE CONSPIRACY PERTAINING TO PRESUMABLE OR EVEN
INFERRED CULPABILITY IN VIOLATING DUTIES TO ENSURE
I WAS IN COURT, THE FOUNDATIONAL FRAMEWORK OF
BONDING AND CONSTITUTIONAL PROVISION TOE IT THAT
EVEN ENCOMPASSES VIOLATING BY PRESUMPTION THE
MAXIM OF INNOCENT UNTIL PROVEN GUILTY.

I WAS KEPT FROM COURT SO THAT THIS CONSPIRACY WOULD
DEPRIVE PROCEDURAL AND SUBSTANTIVE RIGHTS SURROUNDING
A CHANGE IN TRIAL DYNAMICS OR PROCESS DYNAMICS
IN THE DEATH OF THESE PEOPLE, THIS BEING INFERABLE
EVEN WHEN CORRELATION IS VIEWED IN LIGHT OF
CIRCUMSTANCES MATERIAL TO THE DEFENSE.

FENTRESS
COUNTY
JAIL

WHILE I HAVE LITERALLY A MOUNTAIN OF PRIMARY
AND SECONDARY TIER ACCESS TO COURT DEPRIVATIONS
FROM ALL 3 JAILS I WAS HELD AT, I HAVE ATTAINED
SOME TO GIVE THE JEST FOR A SHOWING IN INFERRING AT THE
LEAST,

[AE 1] IS A REPLY FROM THE JAIL REFUSING TO
CERTIFY MY ACCOUNT FOR COURT FILINGS DEALING WITH
CIVIL RIGHT VIOLATIONS.

49

[AE 2] IS A COMPLAINT ABOUT NO ACCESS TO WEST LAW, DECISIONAL COMMON LAW DATED 7/23/19.

[AE 3] DENOTES GRIEVANCE ABOUT RETALIATION FOR FILING SUITS TO VINDICATE CONSTITUTIONAL RIGHTS BEING EFFECTED BY TAKING LAW BOOKS I HAD HAD FOR AWHILE AND INSTITUTING A NEW SIGN OUT PROCEDURE ONLY TO HINDER ACCESS TO LAW TO PREVENT EXERCISE OF PROCEDURAL AND SUBSTANTIVE RIGHT.

ROANE COUNTY

PHILIP KAZEE

CAPTAIN EMMERT

JEFFERY WICKS

ATTACHED IS AN AFFIDAVIT FROM ACCESS TO COURT ISSUES IN ROANE COUNTY NOTORIZED IN 2021 THE MONTH OF NOVEMBER, THIS DENOTES A CANORY LIST OF ACCESS TO COURT VIOLATIONS AND VARIOUS OTHER VIOLATIONS LIKE DENYING EVEN EVIDENCE AND THE RIGHT TO REPRESENT MYSELF.

THE DA PHILIP KAZEE AND CAPTAIN EMMERT STAYED IN CONSTANT CONTACT AND PHILIP WAS DICTATING ACCESS FOR ME THROUGH CAPTAIN EMMERT WHO WAS ALSO FRIENDS WITH BOTH JUDGES IN ROANE COUNTY WHO OVERSAW THE MOTION FOR MERCY AND THE PETITION FOR WRIT OF HABEAS CORPUS, THESE PEOPLE ATE LUNCH TOGETHER AND WERE GOOD FRIENDS.

50

ATTACHED ALSO AS [I 2] IS WHAT COULD
BE CONSIDERED A CONFESSION TO CONSPIRACY TO DENY
THE RIGHT TO BE HEARD SUBMITTED BY PHILIP
KAZEE, FOR WHAT LAW GIVES HIM THE RIGHT
TO DENY ME THE RIGHT TO BE HEARD AT A VERY
MATERIAL HEARING IN SOME BACK DOOR MEETING
AMONGST ALL BUT ME WHEN I'M SUPPOSED TO BE
INNOCENT UNTIL PROVEN GUILTY.

HOW CAN SCHEDULED COURT PROCESS BE PUT OFF
BY ANY MEANS W/O GIVING ME EVEN A CHANCE
TO DEFEND AGAINST IT WHICH VIOLATES AGAIN
MULTIPLE PROCEDURAL AND SUBSTANTIVE RIGHTS.
ALONG WITH STATUTORY LAW T.C.A § 46-14-101,

BLOUNT
COUNTY
    AFTER PRETRIAL MOTIONS, I WAS SENT TO BLOUNT
COUNTY WHERE AGAIN, ALL MY LEGAL MATERIALS
WERE TAKEN FROM ME AND I WAS PUT ON 23/1
lockdown AND HAD ONLY ACCESS TO LAW 2
TIMES A DAY FOR 30 MIN i HAD TO SHARE
WITH OTHERS.

    ATTACHED IS AN AFFIDAVIT AS WELL, DEVOTING
EVENTS THERE AS WELL, AS THE EXECUTIVE DEPT
WAS STILL PREJUDICING ME IN JUDICIAL PROVINCE

51

BY LEAVING ME IN A PERPETUAL CONSTITUTIONAL
DEPRIVATION PERTAINING TO ACCESS TO COURTS
INVOLVING CUMMULATIVE EFFECT UPON A HOST
OF OTHER PROCEDURAL AND SUBSTANTIVE RIGHTS
BUT ALSO LAW WHEREAS MANY STATUTORY PROVISIONS
WERE PREVENTED AND MANIPULATED BY THEIR
ACTIONS AND NO EQUAL PROTECTION CAME
TO ME, BEING THUS EVEN MORE SO PREVENTED
IN CONSPIRACY.

THIS IS WHERE THEY STOPPED THE PRIVATE
INVESTIGATOR FROM VISITING IN ATTORNEY
FORUM AND FORCED ME INTO A 8" by 8"
WINDOW WHERE NO COMMUNICATION ON
EVIDENCE OR DOCUMENTATION CALLS BE HAD
EVEN AT ONE POINT DENYING THEM ACCESS
ALTOGETHER.

COURT PROCESSES WERE STYMIED BY ALL STAFF
IN THEREAS BEING MARKED BY A SKATHE AHEAD OF LAW
INDEED PREVENTED ANY RECOURSE AS A CITIZEN
OF THE UNITED STATES OF AMERICA, WHICH OUGHT
NOT BE SO. MAIL WAS INHIBITED AND KEPT
UNTIL AFTER ANY ABILITY TO ASSERT A DEFENSE
UNTO IT WAS MADE, OR RATHER ABLE TO BE MADE.

52.

DeBerry
SPECIAL NEEDS
PRISON

BLEDSOE
PRISON

I WAS CLASSIFIED TO STAFF AT DeBerry FROM
BLEDSOE, IN WHAT I CAN ONLY SURMISE AS A
CONSOLATION FOR BEING INTRODUCED TO THEIR
VERSION OF "DELIVERANCE" WHEN TRYING TO
KEEP MY LEGAL WORK FROM BEING THROWN
AWAY AND OTHER EVIDENCE LOST AS WELL,

I WAS TRANSFERRED FROM DeBerry TO THIS
PRISON FOR QUESTIONING WHY THE NEW PRINCIPLE
WHO IS CHARGE OF TITLE LAW LIBERY WOULDN'T
ENSURE I GOT ACCESS TO CASE LAW LIKE THE
SEX OFFENDERS DID. I WAS MADE TO PAY
FOR CASE LAW WHICH I HAVE MANY RELEIFS
AND GRIEVANCE ABOUT,

ONLY 2 PEOPLE THERE ARE GIVEN ACCESS
TO WEST LAW AND AFTER ATTEMPTING TO EXERCISE
CONSTITUTIONAL RIGHTS I WAS WRITTEN UP IN
SOME BOGUS RIGAMAROLE SO THEY WOULD HAVE
GROUNDS TO SHIP ME.

HARDEMAN
COUNTY

SINCE BEING HERE, A CONTINUUM OF ACCESS
TO COURT DEPRIVATION STILL INHIBITS AND HAS
THUS FAR PREVENTED REMEDY AT LAW IN A
STATE COURT, SOME OF WHICH PERTAINING TO

53

MAILING ACKNOWLEDGMENT AND FILING(S) DUE TO
BEING REFUSED CERTIFIED MAILING SERVICES HERE
AT HARDEMAN COUNTY AS AN INDIGENT,

IN CONTINUUM IN FURTHERANCE OF THIS (CONSPIRACY)
THE SAME SCHEME THUS EMPLOYED SOFAR AGAINST ME
BEFORE TRIAL, IS STILL BEING EMPLOYED NOW INSOFAR
THAT HEARINGS ARE SCHEDULED, LIKE MY NEW TRIAL MOTION
HEARING 6-20-22, BUT WHEN IT COMES TIME FOR THE
HEARING HERE I AM STILL HAVING NOT HAD IT,

A CONTINUANCE WAS ASKED BY ME BUT NO WRITTEN
ORDER EVER CAME, I ONLY RECEIVED A COPY OF MY
MOTION RETURNED UNTO ME WITH "CONTINUANCE"
HIGHLIGHTED.

AT THE TIME I FILED FOR THE CONTINUANCE, I DID
NOT KNOW THE JUDGE HAD RETIRED ON THE VERY
DAY I WAS SUPPOSED TO HAVE IT, 6-20-22, AND AT
THAT TIME I STILL HAD NOT RECEIVED TRANSCRIPTS
REQUIRED FOR PROOF, SOME OF WHICH I STILL DON'T
HAVE, A TORTIORARI WHEN HELD IN LIGHT OF THE
PROOF OF FRAUD I KNOW I HAVE NOW), YET STILL
PRESENTING THE SAME ILLEGALITIES BECAUSE NO
WRITTEN ORDERS ARE GIVEN ON THE SUBJECT OF TRANSCRIPTS

(54)

WHICH I NOW REALIZE, N BECAUSE, THEY ARE FALSIFIED
IN MATERIAL ASPECTS, THOUGH THIS SCHEME ALSO REVEALS
STATE TYRANNY AND OPPRESSION WHEN HELD IN LIGHT
WITH THE FACT CERTIORARI PETITIONS ARE DISMISSED
BECAUSE I HAVE NO WRITTEN ORDERS FROM WHICH I
SEEK REDRESS EVEN WHEN TRANSCRIPTS SHOW THE
ORDERS I SEEK RELIEF FROM, TO WIT, DESIGN.

ACTING IN FURTHERANCE, CONSPIRATORS COLLUDED
TO FALSIFY COURT ORDERS IN ORDER TO CIRCUMVENT
AND DENY COMMON LAW AND STATUTORY LAW UNTO
THE PLAINTIFF IN THE RIGHT IN COMMON LAW OF A
JURY DECIDING THE AMOUNT OF TIME AND UPON THE
PROOF ENABLING A GREATER AMOUNT OF TIME TO BE
PRONOUNCED ENCODED IN T.C.A § 40-20-104 AND
T.C.A § 40-20-107 YET ALSO THE TIME IN OF ITSELF.
[SEE ALSO APPENDI 530 U.S. 466 120 S.ct 2348
147 L. Ed. 2d 435 2000] [SEE ALSO SEC 34 JUDICIAL
ACT OF 1789] [SEE ALSO ERIE RAILROAD 82 L.Ed 1188]

THIS WAS ACCOMPLISHED INSOMUCH THAT NONE OF
THE ORDERS REFLECT I REQUESTED A TRIAL AND THEY
ALL SAY I AGREED TO A TRIAL.

MOREOVER, MAX HUFF, MY ALLEGED ELBOW ATTORNEY

55)

WHO WAS ONLY SUPPOSED TO BE ADVISORY, WHO WAS
ONLY GIVEN WHEN I HAD QUESTIONED SHANE SEXTON
HOW I WAS GONNA TESTIFY REPRESENTING MYSELF
AND WAS TOLD I'D HAVE TO HAVE AN ELBOW
ATTORNEY WHEN THAT WASN'T TRUE, WAS ALLOWED
ON 2-8-20 AND 6-25-20 TO STAND REPRESENTING
ME W/O ME EVEN KNOWING AND DIRECTLY EVEN
CONFLICTING WITH COURT ORDERS.

THESE PEOPLE JUST WENT ABOUT HOLDING COVERT
HEARINGS AND PROCEEDING W/O ALLOWING ME ANY
OPPORTUNITY TO BE HEARD VIOLATING FARETTA
RIGHTS AND T.C.A § 40-14-101,

THIS WAS EVEN DONE IN CHANCERY COURT ON
6-25-20 AND THE ORDERS EVEN SAY MAY HUFF
WAS MY ATTORNEY REPRESENTING ME, I NEVER
EVEN FOUND OUT ABOUT THE HEARING UNTIL MONTHS
AFTER AND THE ORDER WAS DELIVERED THE NIGHT
BEFORE TRIAL WITH ALL THE OTHER HUNDREDS OF PAGES
OF DOCUMENTS KEPT FROM ME BY CONSPIRATORS IN
FORTRESS AND BLOUNT COUNTY WHO WOULDN'T
ALLOW THE PRIVATE INVESTIGATOR TO VISIT ME OR
GIVE ME DOCUMENTS UNTIL THE NIGHT BEFORE
TRIAL. [SEE CHANCERY COURT MSG NO 19-85 6-25-21]

56

IN ANY EVENT, EVEN SENTENCING FACTORS AFFECTING
THE LENGTH OF TIME WERE SUPPOSED TO BE ALLEGED
IN THE INDICTMENT AND PROVEN BEYOND A REASONABLE
DOUBT. [J. BISHOP, LAW OF CRIMINAL PROCEDURE 50
(2ND ED 1872 1 D §81 AT 51 § 84 AT 53]

THE CONTROVERSY DEALS IN ESSENCE WITH BURDENS OF
PROOF, BEYOND A REASONABLE DOUBT PROVEN BY A JURY
AND PREPONDERANCE USED BY JUDGES WHEN SENTENCING.

THIS WAS DISCUSSED ALREADY ON PG 44 AND 45 OF
THIS PLEADING. THE MAIN POINT BEING I WAS DENIED
NUMEROUS TIMES OF THE RIGHT TO REPRESENT MYSELF
AT MATERIAL POINTS IN LITIGATION INSOFAR TO FURTHER
THEIR CONSPIRACY TO SALE ME INTO INVOLUNTARY
SERVITUDE BY EVEN VIOLATING JURISDICTIONAL
PREROGATIVES.

MITTIMUS   ON THE BACK SIDE OF △ WHICH IS A WARRANT
SPORTING A 250 000 DOLLAR BOND AND A SIGNATURE
BY RANDY WRIGHT THE MAGISTRATE IN JAMESTOWN. I
WANNA POINT OUT A FEW THINGS HERE SO BEAR WITH
ME,

FIRST, CORRUPTION IN FENTRESS HAS REACHED A

57

POINT WHERE FORGERY OF EVEN WARRANTS IS
OCCURING, COMPARISON OF ◊ AND □, THE SIGNATURE
OF RANDY WRIGHT IS COMPLETELY DIFFERENT. I
CAN TELL YOU THAT HE MAKES THE CIRCLE IN
HIS D ON ◊ ON EVERY WARRANT HE SIGNS. I DO
REALIZE I HAVE ONLY SUBMITTED ONE COMPARISON
BUT TIME WILL SHOW AND TRUTH WILL BE WITNESSED.

EVEN ON □$^2$ ANOTHER ATTEMPT TO FORGE HIS SIGNATURE
IS MADE. THIS IS WHERE THE RECORD STARTS TO COVER
UP THE FACT THAT TOMMY MILLER WAS AT THAT
ADDRESS THAT NIGHT CERTAINLY ONE WHO ALTERED
THE CRIME SCENE OR ELSE HE WOULDN'T BE SCRUBBED
AS IF I DON'T REMEMBER WHO ARRESTED ME.

THE SCARY PART IS THE FACT WARRANTS ARE BEING
SIGNED IN FORGERY AND FRAUDULENTLY INDISCRIMINATELY
IN VIOLATE OF ALL REASONING BEHIND CONSTITUTIONAL
PROVISIONS OF AMENDMENT 4.

ON THE BACK SIDE OF ◊ ON XX$^2$ WE ALSO
BEGIN TO FIND THAT MY STATUTORY RIGHTS UNDER
T.C.A §40-14-101, 40-5-103 AND 40-5-105 WERE
VIOLATED IN JURISDICTIONAL ERROR AS WELL
ALONG WITH T.C.A § 40-10-102 AND T.CA§ 40-14-102

58

THIS BEING DONE OF PART OF THE CONSPIRACY TO DENY ME ALL RIGHT AND PROTECTION OF (AN (EQUAL) IN ORDER TO. JAIL ME INTO INVOLUNTARY SERVITUDE IN AN UNDUE CONVICTION BECAUSE OF A HOST OF THINGS INCLUDING TO GET THEIR HANDS ON CLASSIFIED DOCUMENTS I HAD FOUND AND WAS NOT ALLOWING OUT OF MY HAND OR HOME, BECAUSE THEY BELONGED TO MY FRIEND JEREMIAH LEFFEW DUE TO IT BEING ABOUT THE DISAPPEARANCE OF A CIA OPERATIVE WHO WAS HIS FAMILY TOMMY LEFFEW.

I'M SURE THE FACT THAT WE WERE TRYING TO EVEN DISCOVER WHAT HAPPENED IN CENTRAL AND SOUTH AMERICA PLAYED APART, THOUGH THERE SHOULD HAVE BEEN SOME KIND OF JEFF CONTACT IF WHAT WAS OCCURRING AND STILL OCCURRING WERE SANCTIONED BY THE UNITED STATES GOVERNMENT.

THE FACT I WAS ALSO LOOKING INTO CORRUPTION IN FENTRESS COUNTY PROBABLY PLAYED A ROLE, THOUGH I DO NOT QUESTION PROVIDENCE FOR ONLY BY THE HAND OF GOD COULD WHAT WAS OCCURRING AROUND THE PROPERTY I WAS STAYING AT HAVE HAPPENED IN A RESPONSE TO HIS PROVIDENCE THAT PLACED ME IN CLOSE PROXIMITY TO WHAT THEY WERE DOING INSOFAR

59

I BELIEVE THEY ASSUMED THE WORST, HAVING LOST GRIP THEMSELVES WITH THE WORKINGS OF ALMIGHTY GOD.

GOD PUT JUST THE RIGHT PERSON, GAVE HIM JUST THE RIGHT TALENT AND THE SPIRIT BESTOWES JUST THE RIGHT GIFT TO BRING SOMETHING AMAZING TO FRUITION IN HIS OWN LOVE FOR THOSE INVOLVED WHY SHOULD I DENY A TRUTH AS THIS BASED UPON SOCIETY'S RESPECT OF PERSON DICTATES IN THIS WORLD?

EVEN CASE LAW SUPPORTS A SPIRITUAL STAKE IN THE FREE EXERCISE CLAUSE EVEN THE PURSUENCE OF THE OBJECTS IN PREAMBLE OF THE U.S. CONSTITUTION THE PLAINTIFF WOULD ASSERT.

IN THE CASE OF JEFFERY B. NIX EL V. TESFAYE WILLIAMS et. al., SPIRITUAL STAKE IN A NAMING OF A CHILD IS DISCUSSED WHEREAS THE PLAINTIFF NIX WAS UPSET OVER THE SIXTH CERTIFICATE OF HIS DAUGHTER NOT BEING CHANGED FROM "NIX" TO "NIX EL" FINDING HE FAILED TO PLEAD SUFFICIENT FACTS TO CONCLUDE A VIOLATION OF HIS RIGHTS.

HOWEVER [IN ALLEN V HICKEY 424 F.2d 944 130 U.S. APP DC 31] ESTABLISHED A "RIPENESS"

(60)

TO FIND STANDING FOR CONSTITUTIONAL CLAIMS UNDER
A SPIRITUAL STAKE.

"WE HOLD THE TRUTHS TO BE SELF EVIDENT, THAT ALL MEN
ARE CREATED EQUAL, THAT THEY ARE ENDOWED BY THEIR CREATOR
WITH CERTAIN UNALIENABLE RIGHTS, THAT AMONG THESE ARE
LIFE LIBERTY AND THE PURSUIT OF HAPPINESS, AND TO ENSURE
THESE RIGHTS GOVERNMENTS ARE INSTITUTED AMONG MEN"

IN FIRST, DEFINING IN THE DECLARATION OF INDEPENDENCE
THAT GOD IS THE ENDOWER OF CERTAIN RIGHTS, WITHIN
THIS DEMARCATION MAY ALSO BE CONCLUDED THAT EVEN
THE NOTION OF GOD IS REAL THEREIN LEADING TO HIS
TRUTH CONTAINED WITHIN THE KJBIBLE.

TO SUPPOSE TO DIFFERENTIATE THE DEMARCATION
WOULD BRING UNTO QUESTIONS OF SOVEREIGNTY, THOUGH
I DON'T SUPPOSE TO DO SUCH NOW NOT FOR FEAR BUT IN
THE LACK OF EXACT UNDERSTANDING IN THE COMPLEXITY
OF THE CONFEDERATION ART III AND OUR CONSTITUTION.

SUFFICE IS TO SAY, WHETHER ADMITTED OR NOT, GOD IS
REAL OR ELSE HIS PROVIDENCE WOULD NOT BE RELIED UPON
IN SETTING THE DECLARATION OF INDEPENDENCE. THIS
PROVIDENCE INVOLVES CERTAINLY 3 KINDS OF GIFTS

(61)

(1) GIFTS OF GRACE [ROMANS 6-8] GIFTS OF THE SPIRIT
1 COR 12;7-10 AND GIFTS OF CHRIST WHICH ARE AS
A COMMUNION AND GOVERNMENT OF THE GIFTS AND WHAT
THEIR DUTIES MIGHT ENTAIL IN THE CHURCH. [SEE 1
COR 13;28]

THESE ONE/UNEVEN ILLUMINATES IN REGALIAN
RIGHTS SUCH THAT ARE NOT SUPPOSED TO BE QUESTIONED
IN ANY SOVEREIGNTY ARENA OF/IN, SUCH AUGUST
PERSON, MINISTERS, ARMIES AND FLEETS IF THE
[IN OF KINGDOMS HOLDS SWAY, [7 WHEAT 307]

THESE RIGHTS MAINTAIN A KINGS FAITH, DIGNITY AND
SECURITY BEING ABOVE REPROACH OR QUESTION IN A
JUDICIAL FORUM OR PROVINCE, BEING THUS SHIELDED
FROM JUDICIAL REVIEW BY THE RULE OF EXEMPTION.

HAVING THEY ALSO IN MIND, LICENSING REQUIRED
UNDER A CORPORATE GOVERNMENT IN WHICH WE DID
CONTRACT, THEN ALSO BEING THUS IN A FORUM OF A
JUDICATURE, WHAT SAYS THEY TO WHOM DECIDES OR
IS ABLE TO INTERVENE BY EXECUTIVE AUTHORITY AS TO
WHAT IS THE CALL OF GOD, INSOMUCH THAT EVEN THESE
MEASURES ARE EMPLOYED THINKING THEY DO THE WORLD
A SERVICE BUT ARE REALLY ONLY TAKING SOLDIERS OF LIGHT

62

FROM THE EVIL TO COME, DOING NO SERVICE FOR GOD
OR PATRIA.

SHOULD THAT HIS PROVIDENCE WHICH HAS DECIDED
IN MERCY AND LOVE TO EXACT AN OPERATION IN ITS
DIVINUM TO SAVE INTER ALIA EVEN THE EVIL THINGS
AMONG MEN STOP OR ALLOW MEANER MEN IN IGNORANCE
AND IN FEAR OF ILLUMINATION TO HOLD "SHAM" CULT
PROCEEDINGS IN HOPE OF A TOMORROW FINDING THEM
STILL IN CONDEMNATION. [JOHN 3: 19]

HIS PROVIDENCE, HAVING SEEN FIT TO, IN ITS OPERATION
[1 CORINTHIANS 1; 28] SEND WHAT CAN'T BE EXPLAINED
WITH A T-SQUARE AND A PROTRACTOR. TO BRING
TO NOUGHT THINGS THAT ARE LEST WE ALL SUFFER IN
THEIR DECEIT AND LOGIC.

EVEN GEORGE MASON, PRESUMABLY THE FATHER OF THE
BILL OF RIGHTS WARNED OF THIS SAME FEAR WE SHOULD
ALL HEADOE "EVERY MASTER OF SLAVES IS BORN A PETTY
TYRANT. THEY BRING THE JUDGMENT OF HEAVEN UPON
A COUNTRY. AS NATIONS CANNOT BE REWARDED OR PUNISHED
IN THE NEXT WORLD, THEY MUST BE IN THIS. BY AN IN-
EVITABLE CHAIN OF CAUSES AND EFFECTS PROVIDENCE
PUNISHED NATIONAL SINS, BY NATIONAL CALAMITIES.

63

THIS BEING ARGUABLY THE REASON FOR THE BILL OF RIGHTS, BECAUSE HE REALIZED THAT POWER CORRUPTS MEN BUT GOD IS GREATER AND HE WORKS IN AND ALL MEN TO THE AFFECTING OF HIS PURPOSE AND THAT GOVERNMENTS OUGHT TO PROTECT, RIGHTS FUNDAMENTAL TO EVEN PROVIDING A WAY FOR HIS WORK TO BE EFFECTED WITHIN ALL OF US SHOULD HIS PURPOSE SO REQUIRE, TO WIT, PROTECTION OF COMMON LAW AND GOD GIVEN RIGHT.

THE CONTROVERSY BEING, WHAT HAPPENS WHEN A RULE OF EXEMPTION PREVENTS ADJUDICATION OF THE VERY NEXUS OF PROBLEMS AFFECTING A COUNTRY AS A WHOLE, EVEN THE WORLD?

GEORGE WASHINGTON ONCE SAID, "LET IT SIMPLE BE ASKED, WHERE IS THE SECURITY FOR PROSPERITY, FOR REPUTATION, FOR LIFE IF THE SENSE OF RELIGIOUS OBLIGATIONS DESERT THE OATHS WHICH ARE THE INSTRUMENTS OF INVESTIGATIONS IN THE COURTS OF JUSTICE?"

RELIGIAN RIGHT BEING HIS QUESTION IN A SENSE THE SAME AS EVEN NOW. WHEN FRAUD COMMITTED ON SUCH A LEVEL AS THIS, INVOLVING A MULTITUDE OF PEOPLE WHO MAY HIDE IT FROM PUBLIC EYE CANNOT

64

DENY THROUGH WHAT HAS, WHAT IS AND WHAT WILL ARISE THAT IT CANNOT BE HIDDEN FROM THE EYE OF PROVIDENCE NOR WILL WE ESCAPE ITS GLIMPSE HOWEVER ABLE WE CAN HIDE IT FROM THE WORLD.

JEREMIAH 17;5 DENOTES A CURSE UPON THOSE WHO TRUST IN MAN INSOFAR THAT THEY WON'T EVEN SEE GOOD WHEN IT COMETH NEITHER DO THEY TAKE NOTION OF THE LORD WHOM IS THE AVENGER OF FRAUD. [ 1 THES 4;5 ]

THE CONTROVERSY THAN BEING, HOW TO TELL IF ITS OF GOD OR BORNE OF EVIL, INSOMUCH TO RELINQUISH WHAT ANIMOSITY HOLDS BOUND A SERVANT OF GOD FOR ALL GOOD NOT IN SELFISHNESS CONSUMING THEM.

SECONDARY TO THAT, IS THAT GOD TRIES THE HEARTS AND REINS [ JEREMIAH 17;10 ] THE RECALIAN RIGHT EXEMPTED FROM JUDICIAL SCRUTINY, YET NOW MORE IMPORTANT TO OUR POSTERITY AND ANY NATION OF THE AGES THAN EVER BEFORE AND BROUGHT HEREIN THIS CASE, BEFORE THE SONS OF MEN AND ANGEL IS NOT A TEST OF THE PLAINTIFFS HEART BUT OF THIS INSTITUTION AS A WHOLE.

65

THOMAS JEFFERSON ONCE SAID, "IF A NATION EXPECTS TO BE BOTH IGNORANT AND FREE, IT EXPECTS WHAT NEVER WAS AND NEVER WILL BE" WHILE G. WASHINGTON STATED "THE FAVORABLE SMILES OF HEAVEN CAN NEVER BE EXPECTED ON A NATION THAT DISREGARDS THE ETERNAL RULES OF ORDER AND RIGHT WHICH HEAVEN ITSELF HAS ORDAINED!

HE ALSO SAID, "I AM SURE THAT NEVER WAS A PEOPLE WHO HAD MORE REASON TO ACKNOWLEDGE A DIVINE INTERPRETATION IN THEIR AFFAIRS, THAN THOSE OF THE UNITED STATES.

THE TRUTH SIMPLY BEING, THIS CASE OUTLINES WHAT WAS A SCHEME TAKING ADVANTAGE OF POSITION AND POWER UNDER THE SHADOW OF WHAT WAS ONCE VIRTUE IN REGALIAN RIGHT, TO SALE INTO INVOLUNTARY SERVITUDE ACCORDING TO THEIR JUDGMENT, INSTEAD OF A JURY INSOFAR AS MANIPULATING AND ABROGATING WHAT PHYSICAL FACT WOULD HAVE SHOWN INSOMUCH TO EVEN REPLACE IT WITH THE LIES OF MEN, TO WIT, DESPOTISM UNDER THE GUISE OF "THE COLOR OF LAW"

FURTHERMORE, BEING SO CLAMORED IN THE DARKNESS OF THEIR ACTION(S) AND DESIRES THAT THEY HAVE FAILED TO SEE AN OPERATION OF GOD IN LOVE AND

66

IN MERCY FOR SELF EVIDENTLY, BY AN AWESOME CHAIN
OF EVENTS AND CAUSES, THIS CASE PRESENTS WHAT
IS DEFINING OF WHO WE ARE AS A NATION UNDER
GOD, AN EXERCISE OF THE FREEWILL WE WANTED SO
BAD, SUA SPONTE YOU COULD SAY.

I HAVE A MOUNTAIN OF EVIDENCE DENOTING A DARK
CONSPIRACY THAT CANNOT BE DENIED FOR IT IS SELF
EVIDENT AND BY THE HAND OF GOD OR ELSE ALL
THESE PEOPLE WOULDN'T NOW BE IN SUCH FEAR
OF ILLUMINATION AND I CERTAINLY WOULDN'T BE
THE ONE TELLING THE TRUTH, YET I AM.

THE FAITH, THE DIGNITY OF THE JUDICIARY BEING
UPON THE TABLE, THE FAITH, THE DIGNITY OF THESE
UNITED STATES OF AMERICA BEING UPON THE TABLE
AND A MINISTER HERO IN THE BALANCE OF FREEWILL
RIGHT AND AMOR ET HONOR.

SEARCH YOUR HEART, WHERE DOES THE FEAR ARISE
FROM, WHAT IS EVIDENT IN RAMIFICATION BASED UPON
THE EVIDENCE AND PLEADING, OR WHAT IS KNOWN
IN YOUR HEART AND WITNESSED OF THE SPIRIT WHEN
YOU SEE IT AND OATHS COME CLASHING TOGETHER?

67

SUIT DROIT FAIT AUX PLE NO SURE! QUIS
CUSTODIET IPSOS CUSTUDES? FIAT JUSTIA RUAT
CÆLUM! "FOR GOD SHALL BRING EVERY WORK INTO
JUDGMENT, WITH EVERY SECRET THING, WHETHER IT
BE GOOD, OR WHETHER IT BE EVIL. [ECC 12; 14]

V   REQUESTED RELIEF

(1) DISMISS THIS CASE AND URDER THE RELEASE
OF THE PLAINTIFF.

(2) ASSIGN AN INVESTIGATOR FROM THE JUSTICE
DEPARTMENT DUE TO CLASSIFIED NATURE OF
SOME EVIDENCE AND COMPLEXITY OF RECOVERY

(3) ASSIGN AN ATTORNEY FROM THE FEDERAL
BAR OR THE US JUDICIARY INSOFAR TO COLLECT
AND EVALUATE SUBMITTED EVIDENCE AND UN-
SUBMITTED EVIDENCE STILL IN THE PLAINTIFFS
POSSESSION

(4) ADMIT PLAINTIFF TO BAIL BASED UPON THE
MERIT, OWN RECOGNIZANCE

(5) INSTITUTE PROCEEDING AGAINST THOSE EVIDENT

FROM SUBMITTED EVIDENCE THUS FAR

(6) ORDER TRANSPORT TO THE UNITED STATES DISTRICT COURT FOR HEARING AND SUBMITION OF FURTHER EVIDENCE.

(7) ORDER THE ORIGINAL RECORDING OF ALL PROCEEDINGS TO BE DELIVERED UNTO A FEDERAL CRIME LAB FOR FORENSIC ANALYSIS OF FRAUD AND TAMPERING

(8) ORDER HEARING TO BE HELD UPON A NEW TRIAL MOTION AND JURISDICTIONAL ERROR IN FENTRESS COUNTY AS WAS AWARDED AT THE PLAINTIFFS SENTENCING

(9) REQUEST FBI OFFICIALS FROM THE CORRUPTION DIVISION TO COLLECT AND EVALUATE SUBMITTED EVIDENCE AND ASSESS MERIT OF STILL UNSUBMITTED EVIDENCE THE PLAINTIFF HAS.

(10) ORDER A RESPONSE FROM NAMED PARTIES OR DISCOVERED PARTIES FROM THE STATE OF TENNESSEE AND FENTRESS COUNTY

(11) ISSUE CERTIORARI IN CASE NO 14-85 AND ORDER THE APPEARANCE OF AN AUTHORIZED REPRESENTATIVE

69

IN ACCORDANCE WITH CERTIORARI RULE 35, EL 1

(2) DISMISS CASE NO 1985 IN VIOLATE OF THE
SPEEDY TRIAL ACT

(13) UPHOLD OATH TO THE UNITES STATES OF AMERICA

(14) ORDER WHAT EVER RELIEF IN LAW OR EQUITY
THIS HONORABLE UNITED STATES DISTRICT COURT
DEEMS SO NECESSARY IN THIS CASE.

(15) ORDER THE STATE OF TENNESSEE TO "SHOW CAUSE"
WHY THE PLAINTIFF SHOULD NOT BE RELEASED OR
CASE DISMISSED IMMEDIATELY

WHEREFORE, THE PLAINTIFF PRAYS THIS HONORABLE
UNITED STATES DISTRICT COURT PROVIDE ALL RELIEF
ABLE TO BE PROVIDED AND REQUESTED HEREIN THIS
COMPLAINT FOR IN FAVOREM VITAE, IN FAVOREM
LIBERATIS, IN FAVOREM INNOCENTIAE OMNIA PRAE
SUMUNTAR, THIS IN THE NAME OF JESUS CHRIST
SON OF GOD, SAVIOR, SO HELP ME GOD, AMEN

SOLDIER OF LIGHT

71

3/20/23

1 JOHN 1;11

"BELOVED, FOLLOW NOT THAT WHICH IS EVIL, BUT THAT
WHICH IS GOOD. HE THAT DOETH GOOD IS OF GOD; BUT
HE THAT DOETH EVIL HATH NOT SEEN GOD."

Fed.R.Civ.P RULE 11

THIS COMPLAINT BEING TRUE AND CORRECT UNDER
THE PENALTY OF PERJURY; THE LAWS OF THE US AND
JUDGMENT OF JESUS CHRIST HEREAFTER SO HELP ME GOD

Amos

SIMHC
72 pos

PRO DEO ET PATRIA
AMOR ET HONOR

5/26/23